IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>WILBUR ROSS, in his official capacity<br>as Secretary of Commerce, *et al.*,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civ. No. 1:18-cv-1087-JEB<br>)<br>) **ORAL ARGUMENT REQUESTED**<br>)<br>)<br>) |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rules 7(h) and 56.1, plaintiff Conservation Law Foundation hereby respectfully moves this Court for an order entering summary judgment on Counts I and II of plaintiff's Complaint for Declaratory and Injunctive Relief (ECF No. 1) declaring unlawful failures by the defendants Secretary of Commerce, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service in connection with their approval and implementation of the Omnibus Essential Fish Habitat Amendment 2 ("Habitat Amendment"): (1) the failure to complete a Section 7 consultation under the Endangered Species Act on the Habitat Amendment prior to approval despite determining the action "may affect" critically endangered North Atlantic right whales, 16 U.S.C. 1536(a)(2); and (2) the failure to review and disapprove the Habitat Amendment under requirements of the Magnuson-Stevens Fisheries Conservation and Management Act, 16 U.S.C. 1851(a), 1854(a)(1), (3), because it was inconsistent with applicable law, including the Endangered Species Act.

This motion is supported by the accompanying memorandum of points and authorities, the declarations filed concurrently, the pleadings, administrative records, and files in this action,

and any other documentary and oral evidence that may be supplied at a hearing. For the reasons set forth in the accompanying memorandum, there are no genuine issues of material fact in dispute, and plaintiffs are entitled to judgment as a matter of law.

Plaintiffs request declaratory and equitable relief from the Court as set forth in the Proposed Order filed with this motion.

Respectfully submitted this 21st day of December, 2018.

/s/ *Erica A Fuller*
ERICA A. FULLER
D.C. Bar No. MA0001
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
Tel: 508-400-9080
Fax: 617-350-4030
efuller@clf.org

EMILY K. GREEN
D.C. Bar No. ME0002
Conservation Law Foundation
53 Exchange St., Suite 200
Portland, Maine 04101
Tel: 207-210-6439
Fax: 617-350-4030
egreen@clf.org

ROGER M. FLEMING
D.C. Bar No. ME0001
Earthjustice
1625 Massachusetts Avenue, N.W. Suite 702
Washington, D.C. 20036
Telephone 202-667-4500
Facsimile 202-667-2356 rfleming@earthjustice.org

*Counsel for Plaintiff*
*Conservation Law Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I caused the foregoing to be filed and served upon counsel of record via the Court's CM/ECF filing system, which will send notice of such to all counsel of record.

/s/ Erica A Fuller
Erica A Fuller