# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,   )<br>                                                               )<br>          *Plaintiff*,                                       )<br>                                                               )<br>          v.                                                  )<br>                                                               )   Civ. No. 1:18-cv-1087-JEB<br>WILBUR ROSS, in his official capacity     )<br>as Secretary of Commerce, *et al.*,           )<br>                                                               )<br>          *Defendants*.                              )<br>_____)   | |

**DECLARATION OF VIOLA P. PATEK
FOR CONSERVATION LAW FOUNDATION**

I, Viola P. Patek, hereby declare and state:

1. I am 74 years old and I am competent to testify to all facts contained in this declaration.

2. I reside at 172 Willow Road, Nahant, Massachusetts. I have lived in Nahant, Massachusetts for eight years.

3. I am a current member of Conservation Law Foundation (CLF). I became a member in 2014 in part to advance my personal interests in preventing harm from coming to North Atlantic right whales. I believe that CLF's ability to use the law to protect the environment in general and the North Atlantic right whale in particular makes it the best possible organization for me to support. CLF has generated a huge amount of information which helps me understand the facts about the plight of these incredibly rare beings. In turn, I broadcast these facts to the residents of our town via the non-profit environmental organization I lead. These actions of educating and informing the public lend weight to our mission.

4. Since 2012, I have been president of Nahant Safer Waters in Massachusetts Inc. (Nahant S.W.I.M. Inc., referred to as "SWIM"), a Massachusetts-based environmental non-profit

1

established in 1967 with a focus on protecting water quality and aquatic ecosystems. Among other issues, this organization advocates for conservation of North Atlantic right whales. At SWIM, I work to make a difference in the future of North Atlantic right whales by, for instance, generating an educational initiative in my community about the plight of the whales and engaging in outreach to make people and other nonprofit organizations aware of the situation.

5.      Each year, SWIM begins new programs. Currently, in collaboration with a local elementary school principal, I am developing a North Atlantic right whale educational program for students that I anticipate will be implemented beginning in 2019. I have also spoken with Priscilla Brooks of CLF about coming to speak with the students to educate them about right whales and show them pictures. The children already have t-shirts with the silhouette of a North Atlantic right whale as part of a school project which indicates how concerned our local children already are. It is so important for these little children to learn the value of these vanishingly rare creatures and how to help protect them from extinction.

6.      SWIM has twice spread sighting information on social media that was used by the public to locate and view North Atlantic right whales in person: regarding an individual whale along the shores of Nahant on April 19 and 20 in 2016; and about three whales along the shores of Swampscott on April 29, 2018. In both instances, someone contacted me after viewing a whale and I spread the news through SWIM's large email distribution list and the news fanned out to the public in minutes.

7.      I am very committed to my work with SWIM. I intend to continue my work with SWIM into the future. The survival of North Atlantic right whales is of great importance to my work as president of the organization. SWIM informs people of where they can see these animals whenever they are spotted in the vicinity of Nahant and intensifies the empathy and concern of

the public for the future of this species. I work hard to provide this valuable community resource, and to otherwise help ensure the survival of North Atlantic right whales, and the value of my work is severely lessened by declines in the population.

8. I have a strong recreational interest in the survival of North Atlantic right whales. I enjoy whale watching, and I have had the rare privilege of seeing a North Atlantic right whale in person. I spent hours observing this whale which visited the waters off the coast of Nahant in April of 2016 and swam there, visible from the shore, for two days. The experience of viewing the whale in such proximity was highly emotional and personal, and I was thrilled to share it with some of my children and grandchildren. We could actually hear the whale's breathing. I did research and learned that the whale which visited Nahant was identified as #2145, and I was deeply saddened to learn that when it was spotted again, in October of 2017 in Maine, it appeared to be in very poor condition.

9. I often return to the spot where I saw that whale, and regularly scan the ocean especially when it is calm, seeking the shapes of these magnificent creatures. I hope to see more North Atlantic right whales, or the unlikely return of Nahant's previous visiting whale, and to share that experience with my family. As a grandmother, I grieve to think that my own grandchildren may never be able to share such an experience with their children. Any action that further endangers the existence of the North Atlantic right whale is an injury to my enjoyment of whale watching and seeking this individual whale.

10. The conservation of North Atlantic right whales is important to me on a personal level. Even when I am not personally viewing North Atlantic right whales or engaging in public outreach, I derive deep gratification from the knowledge that they exist. In addition to negatively impacting my work and depriving me of personal recreational value, the increased endangerment

3

or extinction of North Atlantic right whales causes me tremendous dread and heartache. The thought of the poor whale that visited Nahant in such poor condition last year is devastating. She is probably dead. The fact that no baby North Atlantic right whales were born this season is a terrible tragedy.

11.   Because of my interests in the survival of the North Atlantic right whale population, I am very concerned about the entanglement of these animals in commercial fishing gear that use vertical lines in the water column to connect their traps and gillnets to buoys at the surface. There have already been three documented deaths in 2018 and I am aware that they have been attributed to entanglements, which I understand can be caused by ropes used by commercial fisheries. I understand that there are multiple impacts of entanglement on North Atlantic right whales. The fishing gear can drown them or can wrap around their bodies preventing them from opening or closing their mouths, or causing them to tow heavy gear for days or weeks or months, leading to their eventual deaths, for instance by starvation. I understand that entanglement may be one of the reasons no babies were born this year, because the females were so exhausted from the impacts.

12.   I have heard that some changes have been made to where fisheries are allowed to operate in the waters off the coast of New England, and that these revisions allow for fishing in areas that had previously been closed. I expect that increased fishing with gear known to entangle right whales in areas that are frequented by right whales will lead to more interactions.

13.   I understand that the Secretary of Commerce and the National Marine Fisheries Service are neglecting their duties to protect the North Atlantic right whale pursuant to the Endangered Species Act in regard to opening new areas to fisheries that were previously closed. Their neglect imperils my professional, recreational and personal wellbeing and happiness, as it endangers

4

North Atlantic right whales as a species, as well as the individual North Atlantic right whale that I observed in 2016 and the three who graced neighboring shores this past spring.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th DAY OF DECEMBER 2018.

_____

Viola P. Patek

5