# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> WILBUR ROSS, in his official capacity ) <br> as Secretary of Commerce, *et al.*, ) <br> ) <br> *Defendants*. ) <br> _____ ) | Civ. No. 1:18-cv-1087-JEB |

**DECLARATION OF PETER SHELLEY
FOR CONSERVATION LAW FOUNDATION**

I, Peter Shelley, hereby declare and state:

1. I am 71 years old and I am competent to testify to all facts contained in this declaration.

2. I live in Marblehead, Massachusetts, a town that is situated on a peninsula in the center of the North Atlantic right whale's habitat during the winter and spring months.

3. I am Senior Counsel and a Vice President at the Conservation Law Foundation, Inc. ("CLF"), a regional advocacy organization which has done extensive work on North Atlantic right whale conservation. I have been employed as an attorney and policy advocate for over thirty-seven years, including developing and guiding CLF's marine advocacy program since 1989. During that time I have also served as the organization's Interim President.

4. I have been a dues-paying member of CLF since 1993. I belong to and financially support CLF as a private member so they can represent my and my family's personal interests in their work conserving the New England environment, particularly the oceans and the region's emblematic species, including North Atlantic right whales.

1

5. I have a strong professional interest in protecting North Atlantic right whales. I founded CLF's Ocean Program. In 1978, I participated in CLF's first federal lawsuit against proposed oil and gas drilling off Massachusetts because of the potential impacts on North Atlantic right whales. I give public talks on the plight of the species and work closely with local North Atlantic right whale researchers, whom I count among my most important professional colleagues. I have worked at CLF for most of my legal career, in part, because of the organization's efforts to protect North Atlantic right whales and their habitat.

6. I have strong personal and recreational interests in North Atlantic right whales that I have integrated with my professional background in these animals. I have gone on numerous chartered whale watching trips from Boston and Provincetown to observe North Atlantic right whales in Massachusetts Bay, including one trip that I attended with professional colleagues. I also spend an extensive amount of time in personal boats on the coastal waters off New England quietly observing and watching for these whales from my own boat, both for leisure and work, when they are migrating through Massachusetts and Maine waters. I have seen three North Atlantic right whales. Watching these animals, who have been peacefully feeding and living in New England waters for longer than humans have been here, is a deeply spiritual experience for me that increases my sense of well-being and connects me directly to the ecological workings of the planet.

7. In spring of 2018, I heard that a number of North Atlantic right whales were spotted off the coast of Massachusetts, and I spent an entire day driving along the coast trying to observe them and alerting my friends, family and neighbors about their presence and plight. I hear about whale sightings through my network, and I follow the movement of North Atlantic

right whales using internet applications like Whale Alert. I plan to continue my efforts to view North Atlantic right whales.

8. I am aware of and deeply concerned about the entanglement of North Atlantic right whales in commercial fishing gear including trap/pot gear and gillnets and make a point of following the professional literature on the challenges these whales face from humans. Based on my studied review of that literature and discussions with professional watch researchers, I believe that fishing gear entanglement is now the leading cause of death of these whales. Even where entanglement does not directly lead to the death of a right whale, I believe that the research now overwhelmingly shows that entanglements can cause health impacts that interfere with normal foraging, reproduction, gestation, and mothering activities.

9. Scientists estimate there are fewer than 410 North Atlantic right whales remaining. There have been 20 documented deaths since April 2017, including three in 2018 attributed to entanglement in commercial fishing gear. In the most recent calving season, not a single new calf was observed. These factors compound the concerns that I have for the future of this species, particularly in light of the ongoing problem with entanglements in commercial fishing gear, including gillnets in southern New England. If nothing changes, I believe that entanglements will continue to threaten the survival of North Atlantic right whales.

10. I am aware that in early 2018, the National Marine Fisheries Service partially approved the Omnibus Habitat Amendment 2. In so doing, the agency approved opening more than 3,000 additional square miles to fisheries using gear that is known to entangle North Atlantic right whales. Based on my review of the documents prepared in connection with the Omnibus Habitat Amendment 2, the agency's revisions to groundfish closures will redirect and

3

increase fishing effort off the coast of southern New England, an area where North Atlantic right whales are increasing detected.

11.   My personal and recreational interests in the North Atlantic right whale have been and are continuing to be profoundly diminished by the failure of the National Marine Fisheries Service to comply with the Endangered Species Act and protect these animals from decline and extinction. Whale watching, staying informed of North Atlantic right whale conservation status, and tracking their yearly migration all bring me less joy and meaning as the survival of this species is being further imperiled by avoidable but continued entanglement in commercial fishing gear, particularly that of the American lobster fishery.

12.   My professional interests in the North Atlantic right whale are also at risk of harm. I believe that the ineffectual agency oversight that CLF has identified in this case stands to undo the conservation achievements I have committed a great portion of my life towards. The existence value of North Atlantic right whales is priceless as a public good, but it is also of particular special significance to me because of the time and energy I have invested in protecting this species from extinction.

13.   I believe that if the Court grants CLF the relief it is seeking in this case, it would reduce the takes of North Atlantic right whales, thereby lessening or eliminating the harm to my interests in this species.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21st DAY OF DECEMBER 2018.

_____
Peter Shelley

4

Case 1:18-cv-01087-JEB   Document 25-4   Filed 12/21/18   Page 6 of 6