# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,   )<br>                                                               )<br>         *Plaintiff*,                                          )<br>                                                               )<br>             v.                                                )<br>                                                               )      Civ. No. 1:18-cv-1087-JEB<br>WILBUR ROSS, in his official capacity     )<br>as Secretary of Commerce, *et al.*,            )<br>                                                               )<br>         *Defendants*.                                    )<br>_____) | |

**DECLARATION OF ROBBIN E. PEACH
FOR CONSERVATION LAW FOUNDATION**

I, Robbin E. Peach, hereby declare and state:

1. I am 67 years old and I am competent to testify to all facts contained in this declaration.

2. I am a permanent resident at 29 Hammond Street, Mattapoisett, MA 02739. I have lived on Hammond Street for 25 years. I am currently residing several months during the year in California (5870 Birch Court, Oakland, CA 94618) while I temporarily attend school.

3. I am a current member of Conservation Law Foundation (CLF). It is one of the most effective organizations in New England in attempting to protect the ocean and all the value it adds to our human existence. This is why I belong. I have also worked professionally with CLF's marine staff to launch the Massachusetts Ocean Partnership, described later in this document.

4. From 1990 to 2007, I served as Executive Director of the Massachusetts Environmental Trust. This organization works towards the preservation of endangered species, including the North Atlantic right whale, the fluke of which is used for the organization's logo

and on the "Northern Right Whale" license plate that brings in over $1 million annually to the Trust's coffers. People buy this plate – a testament to others' concerns for the whale. Under my oversight, the Massachusetts Environmental Trust was particularly focused on funding and supporting efforts to protect the North Atlantic right whale. In that capacity, I oversaw the support of scientists and policy makers who conducted research and worked to create policy to protect the species and its habitat.

5. I also helped launch the Massachusetts Ocean Task Force, an organization that worked to protect North Atlantic right whales' critical habitat in its analysis of coastal zone management. In 2008, the Massachusetts Ocean Task Force, with CLF as a partner, raised $8.5 million to create a zoning plan that was not inconsequentially motivated by the need to protect the North Atlantic right whale's migration habitats and seasonal feeding habitat.

6. I have also served on the New Bedford Whaling Museum Leadership Council. This museum educates the public on the history of whaling as well as modern day conservation efforts. North Atlantic right whales owe their name – "right" – to their legacy as a preferred target of whalers; consequently, they are a focus of the exhibit.

7. I have served on the Advisory Board of the Stellwagen Bank Marine Sanctuary. The committee I was on was directly interested in protecting the North Atlantic right whale through activities in and around the Marine Protected Area.

8. I have served as a consultant to the Marine Mammal Commission. In that capacity, I helped the Commission establish the Large Whale Conservation Fund within the National Fish and Wildlife Foundation, which supports efforts to protect and conserve North Atlantic right whales and their habitat, as well as that of other large whales.

9. My current role is as a consultant on climate change resilience issues, including ecosystem-based concerns, and I am acutely aware of the impact that climate change has on North Atlantic right whale habitat and the population. I have devoted the better part of my career to environmental conservation, in particular marine habitats.

10. My professional experience has led to my devout personal interest in the survival of the North Atlantic right whale. Unchecked disturbance of right whale habitat imperils the survival of the species and could divest me of a professional interest in which I have invested enormous quantities of time and emotional energy.

11. My professional experience working to conserve North Atlantic right whales has kindled an exceptionally strong personal attachment to this species and its conservation that exceeds sentiments felt by the general public. Knowing that North Atlantic right whales continue to exist brings me enjoyment, even when I am not viewing them in person. I am also acutely aware of their role providing diversity in the ocean and being part of an inextricably linked fragile ecosystem. As an environmentalist and conservationist with a "do no harm" attitude, I am acutely aware of the need for the North Atlantic right whale's existence. I pursue and intend to continue pursuing my personal interest in North Atlantic right whales by staying up-to-date on the dire condition of the population and habitat. I keep in touch with scientists, such as Dr. Stormy Mayo at the Provincetown Center for Coastal Studies who is the senior scientist working on both North Atlantic right whale habitats as well as the founder of their disentanglement program. Our personal relationship keeps me abreast of the issues, and I plan to continue staying informed through these communications in the future. I also own both a motor and sail boat in Buzzards Bay, MA and frequently boat in North Atlantic right whale habitat, from Massachusetts to Maine, always on the lookout for one of these majestic animals. Sometimes I

am on the water, with friends and family, for the express purpose of spotting whales (keeping my safe and respectful distance, of course). I intend to continue my regular whale watching activities from my boats off the coast of Massachusetts. My enjoyment of these outings is lessened by my knowledge that the population is severely threatened and becoming more so, and would be severely depreciated if this species became extinct and my chance of seeing a North Atlantic right whale in person became impossible. But even more poignantly, this is not only about my personal entertainment and pleasure. This is about desiring clarity and confidence that this magnificent species may take its rightful place in the marine ecosystem for the enjoyment of others and the functional place that the population embodies in the web-of-life.

12.     I am aware that the number of remaining North Atlantic right whales is abysmally low, even lower than what was estimated by scientists. This is very discouraging. I understand that there are thought to be less than 408 left, which is shockingly low. I have also heard that there were three documented deaths in 2018.

13.     One of the leading causes of deaths of North Atlantic right whales is entanglement in commercial fishing gear, and I am aware that some have been entangled in ropes from trap/pot fisheries and gillnets. I understand that entanglement in fishery gear can not only lead to the death of North Atlantic right whales, but also impairs the health of those that survive.

14.     Waters off the coast of southern New England are along the migration route of the North Atlantic right whale, which calve in Florida and George and then swim back north once the babies are ready for the trip. The whales make their way through Nantucket Sound to Cape Cod Bay, an area that is rich in zooplankton and an important feeding ground.

15. If areas are opened to commercial fisheries that use ropes to connect their traps and gillnets to buoys at the surface in areas where North Atlantic right whales are found, there will be increased interactions with the gear and more entanglements.

16. It is my understanding that the failure of the Secretary of Commerce and the National Marine Fisheries Service to comply with their obligations under the Endangered Species Act jeopardizes the vitality of the North Atlantic right whale and will continue to jeopardize it in the absence of immediate action to protect North Atlantic right whales from entanglement in commercial fishing gear, including gillnets. This directly harms my professional, recreational, personal, and ethical interests in the survival of the species. If NMFS fulfilled its duties under the Endangered Species Act and less North Atlantic right whales were harmed as a result, I would have increased opportunities to continue to enjoy these animals.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21st DAY OF DECEMBER, 2018.

Robbin E. Peach