# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> WILBUR ROSS, in his official capacity ) <br> as Secretary of Commerce, *et al.*, ) <br> ) <br> *Defendants.* ) <br> ────────────────────────────── ) | Civ. No. 1:18-cv-1087-JEB |

## DECLARATION OF SEAN MAHONEY
## FOR CONSERVATION LAW FOUNDATION

I, Sean Mahoney, hereby declare and state:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am the Executive Vice President of Conservation Law Foundation (CLF), a membership-supported nonprofit corporation organized and existing under the laws of the Commonwealth of Massachusetts. I have held this position since 2013. I also serve as the Director of CLF's Maine Advocacy Center, a position I have held since 2007.

3. In my capacity as Executive Vice President, I am familiar with CLF's mission: to protect New England's environment for the benefit of all people. CLF uses the law, science and the market to create solutions that preserve our natural resources, build healthy communities, and sustain a vibrant economy.

4. Founded in 1966, CLF has its principal office at 62 Summer Street, Boston, MA. CLF also has offices in Maine, New Hampshire, Rhode Island and Vermont, and its members reside throughout New England and other states. CLF has more than 5,000 members.

5. CLF works in its own right and on behalf of its members toward comprehensive long-term solutions to environmental challenges. Our members rely upon CLF to advocate for

1

and safeguard the health, quality of life, and economic prosperity of our communities for generations to come. CLF recognizes that the ocean plays an integral role in the lives of New Englanders, and we work to protect our ocean's most at-risk places and species. CLF engages in federal and state regulatory and legislative advocacy as well as policy development and litigation to fight for a healthy, clean, and productive ocean.

6. For over 40 years, one of CLF's areas of focus has been ensuring the survival of North Atlantic right whales. In the 1970s and 1980s, CLF challenged proposed oil and gas lease sales on the outer continental shelf in part due to potential impacts to endangered large whales. In the 1990s, CLF participated as *amicus curiae* in litigation under the ESA concerning the impacts of commercial fishing gear, including lobster gear, on North Atlantic right whales. In 1996, then-CLF staff scientist Eleanor Dorsey served on the Atlantic Large Whale Take Reduction Team formed to develop recommendations for reducing incidental take of right whales and other large whales by commercial fishing operations.

7. CLF has previously sued the National Marine Fisheries Service (NMFS) for violations of the Endangered Species Act (ESA) related to right whale entanglements in fishing gear and forced the agency to amend its fisheries management regulations to address threats to the species.

8. Currently, CLF is engaged in its own right and on behalf of its members in ensuring the successful development and implementation of the Northeast Regional Ocean Plan to help protect right whales. The Northeast Regional Ocean Plan sets forth a blueprint for efficient and sustainable use and essential protection of the region's coastal and marine resources through long-term planning, improved intergovernmental and interagency coordination, and decision-making based on the best available science and extensive stakeholder engagement. Continued implementation of the Northeast Regional Ocean Plan ensures that any

federal actions in federal ocean waters use the best available science and information about North Atlantic right whales. These efforts to protect right whales are harmed by Defendants' failures to properly execute their legal obligations under the ESA.

9. CLF is also directly engaged in its own right and on behalf of its members in protecting North Atlantic right whales from the risks associated with offshore wind development. Together with a coalition of advocacy groups, CLF works with offshore wind energy developers to establish mutually agreed upon survey, development, and operations protocols to protect right whales and other marine resources. For example, CLF and other conservation organizations signed a voluntary agreement with Deepwater Wind, LLC that sets forth a suite of mitigation measures to protect right whales during certain site assessment and characterization activities necessary for offshore wind energy development in the Rhode Island/Massachusetts Wind Energy Area. These efforts to protect right whales are harmed by Defendants' failures to properly execute their legal obligations under the ESA.

10. CLF's members live throughout New England and support CLF's work to promote marine conservation and stewardship, and to revitalize New England's once-legendary ocean resources. Some engage in recreational activities on the ocean that include whale watching. Some have seen North Atlantic right whales, while others have studied them, or work directly to support the conservation of the species. CLF's members have ongoing professional, recreational, personal and ethical interests in the survival of the North Atlantic right whale.

11. North Atlantic right whales are on the brink of extinction. Scientists estimate that there are less than 410 North Atlantic right whales remaining. Since April 2017, at least 20 North Atlantic right whales have died including all three in 2018 that were attributed to entanglements. For the first time ever, no new calves were documented during the most recent

calving season. Recent scientific reports demonstrate the population has been declining since 2010 and overall reproductive health is failing.

12. Entanglement in fishing gear is the leading cause of North Atlantic right whale deaths. Scientific reports show that even if entanglement does not lead directly to the death of an animal, chronic entanglement can lead to overall health deterioration.

13. NMFS partially approved the Omnibus Essential Fish Habitat Amendment in early 2018, which revised fishing closures such that the total amount of area closed to certain types of fishing gear is reduced by approximately 40 percent. These revisions will expand fishing effort in newly opened areas off the coast of southern New England and in the Great South Channel (where North Atlantic right whales are increasingly detected) with gear types known to cause entanglements.

14. CLF's harms and those to its members will be redressed if the Court requires NMFS to comply with the ESA and provides the relief requested.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21st DAY OF DECEMBER 2018.

_____
Sean Mahoney

4