IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>WILBUR ROSS, in his official capacity<br>as Secretary of Commerce, *et al.*,<br><br>*Defendants*. | Civ. No. 1:18-cv-1087-JEB |

### [PROPOSED] ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment on Counts I and II of Plaintiff's Complaint for Declaratory and Injunctive Relief and Defendants' and Defendant-Intervenors' Cross Motions for Summary Judgment. Having considered the moving papers, papers in opposition, the replies, the administrative record, and for good cause shown, the Court hereby:

1) DECLARES that Plaintiffs' Motion for Summary Judgment is granted and Defendants' and Defendant-Intervenors' cross-motions for summary judgment are DENIED;

2) DECLARES that Defendants violated the Endangered Species Act and Administrative Procedure Act as alleged in Count I, and the Magnuson-Stevens Fishery Conservation and Management Act and Administrative Procedure Act as alleged in Count II when they approved and implemented the Omnibus Essential Fish Habitat Amendment 2 on April 9, 2018;

3) ENJOINS Defendants to comply with the Endangered Species Act by completing the required Section 7 consultation based on the best scientific and commercial data available within 135 days of this Order;

4) VACATES and REMANDS implementing regulations that open or revise prior year-round closures to Defendants, to avoid or remediate harm to endangered North Atlantic right whales; and

5) ENJOINS Defendants to close the prior year-round closures until the required Section 7 consultation is completed and NMFS implements any permanent measures necessary to avoid jeopardy to endangered right whales or adverse modification to their critical habitat.

IT IS SO ORDERED.

                                                                                                                          _____
                                                                                                                          JAMES E. BOASBERG
                                                                                                                           United States District Judge

Date: _____