# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> WILBUR ROSS, in his official capacity ) <br> as Secretary of Commerce, *et al.*, ) <br> ) <br> *Defendants, and* ) <br> ) <br> FISHERIES SURVIVAL FUND, ) <br> ) <br> *Defendant-Intervenor.* ) <br> _____ ) | Civ. No. 1:18-cv-1087-JEB |

**SUPPLEMENTAL DECLARATION OF NIGELLA M. K. HILLGARTH
FOR CONSERVATION LAW FOUNDATION**

I, Nigella M. K. Hillgarth, hereby declare and state:

1. It is my understanding that federal defendants have raised questions about my future plans to return to New England and view right whales and I would like to provide the specifics.

2. I made plans in early 2018 (January or February) to go to Provincetown, Massachusetts next April or May (2020) to see right whales with a friend. I travel to New England frequently and, as I understand it, as many as 200 right whales sometimes congregate in the Cape Cod Bay during this time and can often be seen right off the beach. In addition to looking for them from shore, I hope to go out on the Bay with the Center for Coastal Studies with whom my friend has a long-standing relationship. If not, we plan to book a trip with one of the commercial whale watching companies there. I have have been kicking myself that I have

1

not already seen one of these critically endangered animals and am looking forward to this trip and others to look for right whales.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 11th DAY OF JULY, 2019.

_____
Nigella M.K. Hillgarth

2