# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No. 1:18-cv-1087-JEB |
| WILBUR ROSS, in his official capacity | ) | |
| as Secretary of Commerce, *et al.*, | ) | |
| | ) | |
| *Defendants, and* | ) | |
| | ) | |
| FISHERIES SURVIVAL FUND, | ) | |
| | ) | |
| *Defendant-Intervenor.* | ) | |
| | ) | |

## SUPPLEMENTAL DECLARATION OF DR. MICHAEL MOORE, VET MB, PhD

I, Michael Moore, declare the following:

1.    I submit this supplemental declaration in support of Plaintiffs' Request for a Permanent Injunction to restore the boundaries of the former Nantucket Lightship Closed Area and the former Closed Area 1 and the prior prohibition on gillnet fishing until a Section 7 consultation under the Endangered Species Act is completed.  The statements I make are true and correct to the best of my knowledge and, in the case of my opinions, I believe them to be true.

2.    For this supplemental declaration, I again reviewed the most recent scientific information related to North Atlantic right whale (NARW) current status and population trends, available data collected and tracked by NOAA Fisheries and others for causes of morbidity and mortality for NARW in the North American eastern seaboard, the distribution of NARW sightings in New England and Canadian waters, and the potential for NARW entanglement in sink gillnets.  I also reviewed the Declaration of Michael Asaro (Asaro Declaration) (ECF No. 40-4).

1

**In response to the Asaro Declaration**

3.      As noted in paragraphs 3-5 of the Asaro Declaration, NMFS did create two subgroups of the Atlantic Large Whale Take Reduction Team in 2018 to analyze the feasibility of measures to reduce the risk of entanglements: (1) whale release rope (e.g. weak rope) and gear marking and (2) ropeless fishing in fixed gear fisheries.  The subgroups' results were intended to inform the Atlantic Large Whale Take Reduction Team's efforts to produce a long-term framework for the further reduction of mortality and serious injury of large whales in U.S. waters below their respective potential biological removal levels.

However, the final reports confirm that neither subgroup considered these potential modifications in the context of the gillnet fishery at these meeting. Reports available at: (1) https://www.greateratlantic.fisheries.noaa.gov/protected/whaletrp/trt/meetings/March%202018%20Ropeless%20subgroup/key_outcomes_subgroup_final.5.1.18.pdf, and; (2) https://www.greateratlantic.fisheries.noaa.gov/protected/whaletrp/trt/meetings/april_whale_release_rope__gear_marking_key_outcomes_subgroup_edits.pdf.

4.      The most recent meeting of the Atlantic Large Whale Take Reduction Team described in paragraph 6 of the Asaro Declaration also dealt exclusively with measures to reduce risk in the American lobster fishery.

5.      The effectiveness of reduced breaking strength rope (referred to in Asaro Decl. paragraph 10) is yet to be proven in the lobster fishery and has little or no relevance to the Northeast sink gillnet fishery at this time.  The Knowlton et al. paper (2015) relied upon rope taken off 24 dead right whales from 1994-2010, prior to the distributional shift of right whales. While "weak rope" may reduce risk to adult NARWs, the paper demonstrates that it will not reduce entanglement risk to calves and juveniles.  A copy of the Knowlton et al. paper is attached to this declaration.

2

6.      It is my understanding that the Atlantic Large Whale Take Reduction Team expressed significant concerns with the Decision Support Tool (referred to in Asaro Declaration paragraph 10) used at the April 2019 Take Reduction Team meeting.  It is important to note at the outset that this tool looked at whale density, lobster gear density, and gear risk due to lobster gear – it was not designed to evaluate gillnet risk to NARWs.  Other scientific shortcomings include that it was heavily biased by survey data prior to 2010 (1998-2016) even though the distribution of right whales shifted significantly after that time frame, and it did not include passive acoustic or opportunistic sightings data which would have supplemented a significant portion of the right whales detected by the otherwise random and inconsistent surveys.  Furthermore, it did not include the most recent sightings data for Southern New England.  This tool has been criticized by the lobster industry as well due to its lack of a peer review. *See* https://www.pressherald.com/2019/06/19/golden-wants-to-withhold-funding-for-right-whale-protections/.

7.      The Asaro Declaration asserts in paragraph 7 that "the risk of entanglement mortality to right whales is much higher in trap/pot gear, particularly lobster gear, because lobster fishing accounts for over 97 percent of the vertical lines on the east coast."  We have lost at least an additional six (6) NARWs (four of which were reproductively viable females) since June 1, 2019.  While lobster trap/pot gear is present in relatively higher proportion to sink gillnet gear, and must also be addressed, these recent deaths underscore the need to reduce risk from all sources to prevent extinction of this imperiled population.  As discussed in paragraph 18 of my previous declaration, sink gillnet gear, while accounting for less of the overall amount of vertical line in these areas, is responsible for a disproportionate amount (at least 10 percent) of right whale entanglements.

3

8.      The Asaro Declaration also states in paragraph 8 that the "entanglement risk associated with gillnet gear is due to the presence of vertical lines in the water column."  This overlooks the fact that the net panels used in the gillnet fishery at varying depths and lengths pose an additional and disproportionate risk to right whales feeding at or near the bottom.  A recent scientific journal article that looked at tagged right whales in several locations in the Gulf of Maine demonstrates that NARWs use the entire water column and describes hundreds of sightings of NARWs surfacing with mud on their rostrum.  This contradicts the Asaro assertion that "whales are unlikely to occupy the depths where gillnet horizontal net panels occur." *See* Baumgartner et al. (2017) *North Atlantic right whale foraging ecology and its role in human-caused mortality*. Mar Ecol Prog Ser. Vol. 581: 165–181 ("One out of every 4 whales dove to within 5 m of the sea floor during the short time they were tagged, spending as much as 45% of their total tagged time in this depth stratum."). Figure 4 shows evidence of this foraging behavior in the Great South Channel.  A copy of the Baumgartner et al. (2017) paper is attached to this declaration.

9.      Indeed, it is axiomatic of NARW feeding ecology that they feed wherever the food happens to be most dense and energy rich, wherever it is in the water column: from the bottom to the surface.  Thus, the net panels of gillnets are very much an added and likely far greater risk beyond their vertical line risk.  For instance, the case of NARW 2030 described in my earlier declaration showed that the net panels were central to the chronic trauma in the case, tearing away blubber from the dorsal aspect and incising deeply into both flippers.  That case showed that entanglement gillnet monofilament webs twist up, creating a massively strong bundle that is very efficient at cutting skin and blubber.

10.      Even if the Nantucket Lightship Groundfish Closure Area and Closed Area 1 were initially closed to protect groundfish rather than NARWs (Asaro Declaration paragraph 9),

4

the effect of those long-standing closures means that whales have not navigated gillnet gear in Closed Area 1 for more than 40 years and the Nantucket Lightship Closed Area for more than 20 years.

11.    While the distribution of NARWs may shift over time, as suggested in paragraph 11, right whales were present in the former Closed Area 1 and Nantucket Lightship Groundfish Closed Areas between 2015 and 2018 and continue to be present there.  The map shown in paragraph 13 of the Asaro Declaration demonstrates this.

12.    Sightings data in the first six (6) months of 2019 further supports a continuing presence in the former closures.



https://www.nefsc.noaa.gov/psb/surveys/MapperiframeWithText.html (NARW sightings in and around the Nantucket Lightship Closed Area as reported by NOAA between January 1 and June 30, 2019).

13.    The assertion that there is no "long-term value in protecting specific locations" is inconsistent with NMFS' policies and practices for NARWs and other species throughout this same region.  NMFS currently utilizes static seasonal closures (with set dates to open and close) with mandatory speed limits to reduce the risk of vessel strikes along the entire Atlantic seaboard

in areas where NARWs are known to feed and congregate. These closures (Seasonal

Management Areas) are described by NMFS here:

https://www.fisheries.noaa.gov/national/endangered-species-conservation/reducing-ship-strikes-

north-atlantic-right-whales (showing closures in the Southeast, Mid-Atlantic, and Northeast

U.S.).

14.    NMFS currently utilizes static seasonal closures to reduce the risk of NARW

entanglements: (1) in the Great South Channel from April 1- June 30 for all trap/pot and gillnet

fisheries. *See*

https://www.greateratlantic.fisheries.noaa.gov/protected/whaletrp/docs/alwtrp_spring_closures_g

sc_1.pdf; and (2) in the Massachusetts Bay Restricted Area (including Cape Cod Bay) from

February 1- May 31 to reduce the risk of NARW entanglements in trap/pot fisheries. *See*

https://www.greateratlantic.fisheries.noaa.gov/protected/whaletrp/docs/alwtrp_closure_reminder

_fact_sheet.pdf.  Indeed, the seasonal closure of Cape Cod Bay to trap fishing is arguably the

single most effective right whale conservation measure yet implemented, given the extremely

high right whale densities recorded there in recent years.

15.    NMFS also utilizes several static seasonal closures in the Northeast to reduce the risk

of harbor porpoise entanglements in gillnet fisheries. *See*

https://www.greateratlantic.fisheries.noaa.gov/protected/porptrp/doc/hptrpnewenglandguide_2015.p

df.

16.    In addition to static seasonal closures, NMFS utilizes dynamic closures (based on

aggregations of whales) as part of the ship strike rule.  In fact, in May 2019 alone, NOAA

implemented four Dynamic Management Areas ("DMAs") due to the persistent presence of right

whales in that area.  These DMAs are adjacent to, or overlap, with the Nantucket Lightship

Groundfish Closed Area and Closed Area 1.



Figure 1. The former Nantucket Lightship Area (green) and Closed Area 1 (red) and opportunistic sightings of right whales (blue dots). Opportunistic sighting data is for January 1, 2015 through December 31, 2018. Source of sighting data: NOAA Fisheries Interactive Sighting Map available at: https://www.ncfsc.noaa.gov/psb/surveys/. Source of closure area locations: https://www.greateratlantic.fisheries.noaa.gov/educational_resources/gis/index.html



NMFS' dynamic closures (DMAs) apply only to vessel speed restrictions (urging voluntary speed restrictions); they do not close an area to fishing. *See* https://www.fisheries.noaa.gov/national/ endangered-species-conservation/reducing-ship-strikes-north-atlantic-right-whales.

17.    NMFS recently valued closures to reduce the risk of serious injury and mortality to NARWs. For example, using the Risk Reduction tool described above, NMFS agreed at the April 2019 Atlantic Large Whale Take Reduction Team meeting to provide the Commonwealth of Massachusetts with a 24-percent *credit* towards its risk reduction commitment of 60-percent because of its static closure in the Massachusetts Bay Restricted Area. *See* NOAA Fisheries Navigator June 2019 at: https://fish-news.com/cfn/noaa-fisheries- navigator/?utm_medium=email&utm_source=govdelivery.

18.    The assertion in paragraph 14 of the Asaro Declaration that North Atlantic right whales are equally or less likely to become entangled if gillnets are dispersed in the former closed areas is not supported by the evidence. We do not know enough about where entanglements occur, given inadequate gear markings, to say whether they are more likely to occur in a "fence" of concentrated effort or not. The data necessary to support such an assertion

would include the likelihood that a "fence" even existed given the number of gillnets fished and the current fishing practices in that area, and right whale presence in the area of concentrated effort. In the absence of these data or analyses, conclusions about the current level of risk are impossible.

However, we do know that right whales continue to get entangled in gillnet gear. An entanglement incident report provided to the Atlantic Large Whale Take Reduction Team at the April 2019 meeting, with incident data between 2000-2018, indicates that at least six (6) of the known (vast majority are unknown) entanglement cases were documented in gillnet gear, with five (5) of those occurring after 2010, implying that the risk of right whale entanglements in this gear has increased in recent years. In addition to these six (6) whales, based on pictures I viewed on the Disentanglement Network website (private) and the descriptions in NMFS' entanglement incident report, two (2) additional whales were entangled in gear consistent with gillnet gear. The report is available here: https://www.greateratlantic.fisheries.noaa.gov/protected/whaletrp/trt/meetings/April%202019/2000-2018_right_whale_incident_data_3_19_19v.xlsx (go to tab for "Entanglement Reports" and *see* entries for #35 (2006), #68 (2011), #69 (2011), #72 (2011), #79 (2011), and #81 (2012) marked as "GN" in column Y and confirmed by NMFS; *see* entries for #83 (2012) and #137 (2016) for two additional whales entangled in gear consistent with gillnet gear based on description here and pictures viewed on the Disentanglement Network website).

19.    To reiterate my prior conclusion, based on the evidence and my 20+ years of professional experience with human-caused effects to NARW, it is my expert opinion that allowing gillnets in the previously closed Nantucket Lightship Closed Area and Closed Area 1 is likely to lead to entanglement and irreparable harm to one or more whales which, given its imperiled status and recent decline, is likely to have population-level impacts on the North

Atlantic right whale species.  A year round prohibition on gillnet gear in these areas is necessary

to avoid this harm until a section 7 consultation is completed with all appropriate analyses.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 8th, 2019, at Woods Hole, Massachusetts.

*Michael J Moore*

MICHAEL J. MOORE, Vet. M.B., Ph.D.

Attachments:

(1) Knowlton, et al. (2015) *Effects of fishing rope strength on the severity of large whale entanglements*. Conservation Biology 30(2):318- 328.

(2) Baumgartner et al. (2017) *North Atlantic right whale foraging ecology and its role in human-caused mortality*. Mar Ecol Prog Ser. Vol. 581: 165–181.



*Contributed Paper*

# Effects of fishing rope strength on the severity of large whale entanglements

Amy R. Knowlton,* ¶ Jooke Robbins,† Scott Landry,† Henry A. McKenna,‡ Scott D. Kraus,* and Timothy B. Werner*§

*New England Aquarium, Central Wharf, Boston, MA 02110, U.S.A.
†Center for Coastal Studies, 5 Holway Avenue, Provincetown, MA 02657, U.S.A.
‡35 Hubbard Road, Weston, MA 02493, U.S.A.
§Department of Biology, Boston University, 5 Cummington Mall, Boston, MA 02215, U.S.A.

**Abstract:** *Entanglement in fixed fishing gear affects whales worldwide. In the United States, deaths of North Atlantic right (Eubalaena glacialis) and humpback whales (Megaptera novaeangliae) have exceeded management limits for decades. We examined live and dead whales entangled in fishing gear along the U.S. East Coast and the Canadian Maritimes from 1994 to 2010. We recorded whale species, age, and injury severity and determined rope polymer type, breaking strength, and diameter of the fishing gear. For the 132 retrieved ropes from 70 cases, tested breaking strength range was 0.80–39.63 kN (kiloNewtons) and the mean was 11.64 kN (SD 8.29), which is 26% lower than strength at manufacture (range 2.89–53.38 kN, mean = 15.70 kN [9.89]). Median rope diameter was 9.5 mm. Right and humpback whales were found in ropes with significantly stronger breaking strengths at time of manufacture than minke whales (Balaenoptera acutorostrata) (19.30, 17.13, and 10.47 mean kN, respectively). Adult right whales were found in stronger ropes (mean 34.09 kN) than juvenile right whales (mean 15.33 kN) and than all humpback whale age classes (mean 17.37 kN). For right whales, severity of injuries increased since the mid 1980s, possibly due to changes in rope manufacturing in the mid 1990s that resulted in production of stronger ropes at the same diameter. Our results suggest that broad adoption of ropes with breaking strengths of ≤7.56 kN (≤1700 lbsf) could reduce the number of life-threatening entanglements for large whales by at least 72%, and yet could provide sufficient strength to withstand the routine forces involved in many fishing operations. A reduction of this magnitude would achieve nearly all the mitigation legally required for U.S. stocks of North Atlantic right and humpback whales. Ropes with reduced breaking strength should be developed and tested to determine the feasibility of their use in a variety of fisheries.*

**Keywords:** bycatch, humpback whales, injury severity, North Atlantic right whales, rope diameter, rope manufacturing

Los Efectos de la Resistencia de la Cuerda para Pescar sobre la Severidad de los Enredos de Ballenas Grandes

**Resumen:** *Los enredos en artes de pesca fijas afectan a las ballenas a nivel mundial. En los Estados Unidos, la muerte de las ballenas francas del Atlántico norte (Eubalaena glacialis) y de las ballenas jorobadas (Megaptera novoaengliae) ha excedido los límites de manejo durante décadas. Examinamos a ballenas vivas y muertas enredadas en herramientas de pesca a lo largo de la costa este de los EUA y las provincias marítimas de Canadá desde 1994 y hasta 2010. Registramos la especie, edad y la severidad de la lesión de las ballenas y determinamos el tipo de polímero de la cuerda, la fuerza de rompimiento y el diámetro de la herramienta de pesca. Para las 132 cuerdas recuperadas de 70 casos, el rango de la fuerza de rompimiento evaluada fue de 0.80-39.63 kN (kilonewtons) y la media fue 11.64 kN (DS 8.29), que es 26% más baja que la fuerza en manufactura (rango 2.89-53.38 kN, media = 15.70 kN [9.89]). La media para el diámetro de la cuerda fue de 9.5 mm. Ambas especies de ballenas fueron halladas en cuerdas con fuerzas de rompimiento en*

¶*Address correspondence to Amy R. Knowlton, email: aknowlton@neaq.org*
*Paper submitted January 9, 2015; revised manuscript accepted July 15, 2015.*

*This is an open access article under the terms of the Creative Commons Attribution-NonCommercial License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited and is not used for commercial purposes.*

*Conservation Biology*, Volume 30, No. 2, 318–328
© 2015 The Authors. *Conservation Biology* published by Wiley Periodicals, Inc. on behalf of Society for Conservation Biology
DOI: 10.1111/cobi.12590

*manufactura significativamente mayores que las ballenas minke* (Balaenoptera acuturostrata) *(19.30, 17.13, y 10.47 media de kN, respectivamente). Las ballenas francas adultas fueron halladas en cuerdas más fuertes (media 34.09 kN) que las juveniles (medias 15.33 kN) y que todas las clases de edad de las ballenas jorobadas (media 17.37 kN). Para las ballenas francas, la severidad de las lesiones incrementó desde mediados de la década de 1980, posiblemente debido a los cambios en la manufactura de las cuerdas a mediados de la década de 1990, que resultaron en cuerdas más fuertes con el mismo diámetro. Nuestros resultados sugieren que una adopción generalizada de cuerdas con fuerzas de rompimiento de ≤7.56 kN (≤1700 lbsf) podría reducir el número de enredos que ponen en riesgo la vida de las ballenas grandes en por lo menos 72% y todavía podría proporcionar la fuerza suficiente para resistir las fuerzas rutinarias involucradas en muchas operaciones de pesca. Una reducción de esta magnitud lograría casi toda la mitigación legalmente requerida para los stocks estadounidenses de ballenas francas del Atlántico norte y de ballenas jorobadas. Las cuerdas con fuerzas de rompimiento reducidas deberían ser desarrolladas y probadas para determinar la viabilidad de su uso en una variedad de pescas.*

**Palabras Clave:** ballenas francas del Atlántico norte, ballenas jorobadas, captura accidental, diámetro de cuerda, manufactura de cuerda, severidad de lesión

## Introduction

Baleen whales are long-lived species with low reproductive rates that suffered dramatic population declines as a result of historical whaling (Rocha et al. 2014). Ongoing threats to these species have been difficult to assess but include entanglement in fishing gear. Whales play a critical role in ocean ecosystems by enhancing primary productivity in surface and nutrient-poor waters, providing habitat for deep-sea species when carcasses fall to the sea floor, and fixing carbon through these 2 processes (Roman et al. 2014). They also support a whale-watching industry valued at some $2 billion annually (O'Connor et al. 2009). Understanding anthropogenic effects on whales is essential for whale conservation and has social and ecological ramifications.

Serious injury and mortality from entanglement in fixed fishing gear is a chronic problem facing baleen whales worldwide (Read 2008; International Whaling Commission 2010). Entanglements can lead to near-instantaneous death through drowning (Moore et al. 2013), delayed death from impaired feeding, severe injuries, increased energetic demands when gear remains attached to an individual (Cassoff et al. 2011; Moore et al. 2013), or a stress response that may affect health and fecundity even after the gear is no longer attached (Pettis et al. 2004). The frequency and severity of entanglements have been well studied in endangered North Atlantic right whales *(Eubalaena glacialis)* and humpback whales *(Megaptera novaeangliae)* along the East Coast of North America. For these species, which can reach a length of 16 m, on average 12–16% of the population encounter gear per year (Knowlton et al. 2012; Robbins 2012). For right whales, 83% of the population shows scarring from fishing gear, and the rate of serious entanglement detected over 30 years has increased significantly (Knowlton et al. 2012). Negative effects of entanglement on survival have been documented (Robbins et al. 2015), and observed deaths have exceeded

the potential biological removal (PBR) levels defined by the U.S. National Marine Fisheries Service (Wade 1998) for nearly two decades (van der Hoop et al. 2013; Pace et al. 2014). Federal law in the United States requires substantial reduction in the number of human-caused deaths of both species, including from entanglement.

On the East Coast of the United States, right, humpback, and fin whales *(Balaenoptera physalus)* are protected under the Marine Mammal Protection Act and the Endangered Species Act. In Canada North Atlantic right whales are considered endangered under the Species at Risk Act. As a result of these laws, considerable effort has been directed at documenting entanglement levels, disentangling whales in U.S. and Canadian waters, and collecting and assessing entangling gear. Ropes from a wide range of fisheries have been implicated in entanglements, a majority of which have been identified coming from pot or trap and gillnet fisheries (Johnson et al. 2005). Mitigation efforts in Atlantic U.S. waters include inserting weak links in ropes at certain points and seasonal closure areas for trap and gillnet fishing along the eastern seaboard (van der Hoop 2013). The efficacy of these mitigation efforts remain unknown, partly because ropes are not marked adequately to identify fisheries or locations; how and where entanglements occur is often unknown; and the link between gear characteristics and outcome for whales is poorly understood. Nevertheless, none of these management efforts have reduced serious or lethal entanglements of large whales (Knowlton et al. 2012; van der Hoop 2013; Pace et al. 2014). Recent mitigation efforts have focused on reducing the amount of rope in the water column, either by sinking groundlines between lobster traps or by requiring fisherman to use more traps per vertical "buoy" line. However, it is too early to determine whether these rope reduction methods have been effective as implemented (NMFS 2008; 2014). Studies of retrieved gear samples can offer insights into the causes of entanglement, as well as potential mitigating strategies. Previous studies of entangling gear have focused

on identifying the gear type and components involved in entanglement events (Johnson et al. 2005). Here, we examined additional characteristics of rope retrieved from entanglement events, the configuration of those entanglements, and the resulting injuries to individual whales. Our objectives were to analyze the properties of ropes removed from entangled whales; examine rope characteristics relative to whale species, age, and injury severity; and identify temporal trends in right whale entanglement configurations and injury severity from 1980 to 2009 relative to changes in rope manufacturing practices.

## Methods

The Atlantic Large Whale Disentanglement Network recovered most of the gear samples we examined. The samples were removed from free-swimming or anchored entangled whales under the authority of the U.S. National Marine Fisheries Service (NMFS) and Canada's Department of Fisheries and Oceans. They included gear retrieved from right, humpback, and fin whales from Florida to the Bay of Fundy. We augmented these samples with gear from entangled carcasses (including minke whales [*Balaenoptera acuturostrata*], which can reach 9 m in length) on the beach or at sea. All retrieved gear was archived by NMFS. Entanglement configuration was assessed from photographic and written records of the original entanglement event, disentanglement efforts, and stranding records archived at the New England Aquarium (Boston, MA, USA) for right whales, the Center for Coastal Studies (Provincetown, MA, USA) for humpback and right whales, and NMFS for minke and fin whales. Entangled right and humpback whales were identified using photo-identification catalogs maintained by the New England Aquarium and the Center for Coastal Studies, respectively.

### Analysis of Ropes

Gear collected from 70 entanglements of large whales from 1994 to 2010 included 132 different ropes. We conducted analyses on samples of the gear to assess the following rope characteristics: diameter (exact measurements and the nearest nominal fraction), material and fiber type (as determined from visual inspection), condition (5 categories: very good, good, fair, poor, very poor, as determined from visual and tactile inspection by experienced analyst H.A.M.), estimated breaking strength, and strength of new rope of the same type and diameter. We used 1 of 3 methods to estimate breaking strength. First, depending on available length, up to 3 3-m specimens of whole rope were pulled to breaking in a laboratory where whole rope strength is tested professionally. Second, all strands were tested for strength with textile testing equipment and rope strength was calculated based on the sum

of the strand strengths multiplied by a realization factor that was based on historical data for rope of a similar size. Third, known breaking strength of a new rope of identical type and diameter was adjusted based on the condition of the entanglement rope. Strength adjustments were 100%, 80%, 60%, 40%, and 20% of new rope strength based on the 5 condition categories from very good to very poor, respectively. Values for the strength-of-new-rope characteristic were selected by H.A.M. based on 11 ropemakers' published data and Cordage Institute standards.

Additional rope characteristics were measured but not analyzed. Complete data and detailed descriptions of methods used for rope analyses are in Supporting Information.

### Analysis of Entangled Whales

We combined available life history information, the configuration of gear on the animal, an assessment of injury severity, and data on the rope removed (see example in Supporting Information and http://www.bycatch.org/research-projects/fishery-animal-interactions for right whale case studies). In many cases, entanglement configuration and injury severity were reconstructed only from photographs, which limited the detail of some assessments, particularly for humpback whales, because key body parts could not be consistently observed. Less information was typically available for entanglements of fin and minke whales.

Rope diameter and breaking strength at manufacture (i.e., new) were analyzed in relation to whale species, age (or age class), and the severity of entanglement configuration and associated injuries (see below). In some cases entanglements involved more than one rope type, indicating either that multiple components of a gear set were involved or that the whale was entangled in gear from different sets. We used the rope sample with the greatest strength at manufacture and made no attempt to link specific rope samples to specific injuries because entanglements act on whales in complex ways. Descriptive statistics (mean, median, quartile, minimum, maximum, and range) were calculated for breaking strength by species, by injury severity, and by age or age class. For right whales, all individuals were previously catalogued, and the year of birth was known in most cases. We tested statistical differences in the average breaking strength of gear with a one-tailed Student's $t$ test ($\alpha=0.05$). The objective was to test the null hypotheses that whale age (a proxy for size, which could not be reliably measured) is not correlated with rope strength; injury severity is unrelated to rope strength; and the severity of right whale entanglement configuration and injuries does not change over time.

Age was determined for right whales based on photographic histories (Hamilton et al. 1998) as calf or juvenile (0–2 years), younger juvenile (3–5 years), older juvenile

(6–8 years), adult (≥9 years), or unknown (birth year unknown and sighting history <8 years).

Humpback whales were allocated to age classes based on known age, sighting history, length, or apparent size as estimated by observers (in the absence of other information). Age classes were juvenile (<5 years or reported to be of juvenile size), adult (≥5 years or reported to be of adult size), and unknown (unknown age and physical size not noted). For minke and fin whales, age and age class were not determined.

We assessed the severity of entanglement injuries for all right and humpback whale cases in which gear was retrieved and analyzed. Minor injuries were superficial skin abrasions, moderate injuries were extensive skin abrasions or cuts that extended into the blubber, and severe injuries were cuts >8 cm deep or that extended into muscle or bone (Supporting Information). For an injury to be attributed to entanglement, we required evidence of the rope having wrapped at least one body region. Five body regions were assessed for injuries when they were adequately documented: head or rostrum, mouth, body, flippers, and tail. Photographs were not always available of all body parts in contact with fishing gear. When a clear assessment of the injuries could not be adequately made, the case was labeled unknown.

Entanglement duration was also estimated for right and humpback whale cases. Minimum duration was the time between the first sighting of entanglement and the date the gear was retrieved or last sighted on the whale. Maximum duration was the longest time the whale could have been carrying the gear based on the last sighting pre-entanglement without gear and the first sighting post-entanglement where the gear was observed to be gone or the whale was disentangled. For cases in which this information was unavailable, we assumed the minimum duration was 1 day and the maximum duration was unknown. We then identified cases that were known to be short term (maximum duration <30 days) or long term (minimum duration >90 days).

Knowlton et al. (2012) showed that the proportion of annually sighted right whales with attached gear or severe injuries increased from 1980 to 2009. To further assess when these changes occurred, 1032 unique entanglement interactions documented from 1980 to 2009 (Knowlton et al. 2012) were scored for injury severity as described above. We performed a binary logistic regression to test the null hypothesis of no change in probability over time ($\beta 1 = 0$), which was assessed using chi-square statistics for the model. We then used an incremental approach to build the data set by each additional year for the logistic model to identify years in which there was significant variation in the probability of moderate or severe entanglements.

We also evaluated changes in the entanglement configuration risk for 73 right whales observed with attached gear from 1980 to 2009. Configuration risk is a measure of the amount and complexity of entangling gear on the whale and was coded as high or low (Supporting Information). High risk cases involved one or more of the following: one tight wrap, multiple contact points with the gear (attachment points: rostrum or mouth, flipper, body, or tail), or trailing gear longer than one body length or that appeared to substantially impair or prevent movement. High risk cases were considered potentially life threatening. Low risk cases involved no tight wraps, only one attachment point, trailing gear less than one body length, and no heavy gear attached, and were not considered life threatening.

## Results

### Entangling Rope Characteristics

Rope specimens ($n = 132$) retrieved from 70 entangled whales (30 right, 30 humpback, 8 minke, and 2 fins) consisted of 8 materials (Table 1). The ropes spanned the full range of diameters used in pot and gillnet fishing in the study area, and most (71%) had diameters of 7.9, 9.5, or 11.1 mm (5/16, 3/8, or 7/16 in), diameters commonly used in lobster fishing off the northeast coast of the United States (McCarron & Tetreault 2012). Fifty-three percent ($n = 37$) of the whales with retrieved gear had more than one rope recovered. On average, there were 1.83 ropes analyzed per case (maximum 6 ropes). Although 74% were 11.1 mm (7/16 in) diameter or less, if only the strongest ropes from each entanglement are counted, this percentage dropped to 66%, with an increasing percentage of ropes with a diameter of 12.7 mm (½ in) or greater (34%) (Table 2).

For rope condition, the majority (70%) were categorized as good to very good (Table 1). Poor or very poor ropes were polypropylene or a polypropylene blend, whereas the others had a wider variety of rope types. Rope diameters ranged from 4.7 mm (sold as 3/16 in commercially) to 23.7 mm (1 in), and breaking strengths at manufacture ranged from 2.89 to 53.38 kN, depending on the polymer and diameter (mean[SD] = 15.70 kN [9.89], median = 11.57 kN) (Table 2). The estimated breaking strengths ranged from 0.80 to 39.63 kN (mean = 11.64 kN [8.29], median = 8.90 kN) (Table 2), which is 26% lower than strength at manufacture. (See Supporting Information for figures in lbsf and inches.)

### Effects of Rope Characteristics on Entanglement

Ropes that entangled right whales ($n = 30$) had higher breaking strengths than ropes that entangled minke whales ($n = 8$; $t = 3.04$, df = 24, $P = 0.002$), and ropes that entangled humpback whales ($n = 30$) were of higher breaking strength than ropes that entangled minke whales ($n = 8$; $t = 2.26$, df = 25, $P = 0.016$). Ropes that

**Table 1.** Rope polymer type, range of new and estimated breaking strength, diameter range, and number and apparent condition of ropes removed from entangled large whales off the eastern United States and Canada.

| Polymer type | Breaking strength range: new/ estimated; kN (lbsf) | Diameter range: mm (in) | Condition | | | | | Total number of ropes (% of total) |
|---|---|---|---|---|---|---|---|---|
| | | | Very poor | Poor | Fair | Good | Very good | |
| Polypropylene | 2.89–53.38/0.80–33.98 (650–12,000/180–7,639) | 4.5–23.7 (0.18–0.93) | 4 | 6 | 8 | 18 | 18 | 54 (41) |
| Polypro/PET | 8.45–30.25/3.11–24.20 (1,900–6,800/700–5,440) | 7.9–16.6 (0.31–0.65) | 3 | 6 | 3 | 14 | 8 | 34 (26) |
| Polysteel | 11.12–51.15/3.36–37.33 (2,500–11,500/756–8,392) | 7.8–17.4 (0.31–0.69) | 1 | 1 | 5 | 13 | 6 | 26 (20) |
| Polysteel/PET | 10.68–19.13/6.77–12.13 (2,400–4,300/1,522–2,727) | 7.7–10.6 (0.30–0.42) | | | 1 | 4 | 2 | 7 (5) |
| Polypro/PET/Lead | 7.56–8.90/7.56–8.90 (1,700–2,000/1,700–2,000) | 8.5–10.4 (0.34–0.41) | | | | | 5 | 5 (4) |
| Polysteel/Lead | 11.12–51.15/6.27–39.04 (2,500–11,500/1,410–8,776) | 8.6–20.0 (0.34–0.79) | | | | 1 | 2 | 3 (2) |
| Nylon | 39.63/23.78–39.63 (8,910/5,346–8,910) | 15.7–16.2 (0.62–0.64) | | | 1 | | 1 | 2 (2) |
| Polypro/Lead | 7.56/6.05 (1,700/1,360) | 0.32 (8.2) | | | | 1 | | 1 (1) |
| Total no. of ropes (% of total) | | | 8 (6) | 13 (10) | 18 (14) | 51 (39) | 42 (31) | 132 |

**Table 2.** Summary of diameter and breaking strength ranges of all ropes and the strongest ropes removed from large whales off the eastern United States and Canada.

| Range of measured rope diameters (mm, in) | Rope diameter: mm, in (nominal diameter in inches[a]) | Number of ropes (% of total) retrieved from 70 large whales | Number of strongest ropes (% of total) retrieved for each case | New breaking strength range kN, lbsf | Estimated breaking strength range kN, lbsf |
|---|---|---|---|---|---|
| 4.5–4.7, 0.18–0.19 | 4.8, 0.19 (3/16) | 2 (<2) | 2 (<3) | 2.89, 650 | 0.80–1.32, 180–297 |
| 6.4, 0.25 | 6.3, 0.25 (1/4) | 1 (<1) | 0 (0) | 5.03, 1,130 | 4.02, 904 |
| 7.3–8.6, 0.29–0.34 | 7.9, 0.31 (5/16) | 36 (27) | 15 (21) | 7.56–11.59, 1,700–2,600 | 1.51–12.27, 340–2,759 |
| 8.8–10.3, 0.35–0.41 | 9.5, 0.38 (3/8) | 40 (30) | 22 (31) | 8.90–15.12, 2,000–3,400 | 2.16–13.68, 486–3,075 |
| 10.3–11.4, 0.41–0.45 | 11.1, 0.44 (7/16) | 18 (14) | 7 (10) | 8.90–22.24, 2,000–5,000 | 3.11–19.28, 700–4,335 |
| 11.9–13.0, 0.47–0.51 | 12.7, 0.50 (1/2) | 9 (7) | 5 (7) | 16.81–24.69, 3,780–5,550 | 4.00–25.09, 900–5,640 |
| 13.7–15.0, 0.54–0.59 | 14.3, 0.56 (9/16) | 15 (11) | 10 (14) | 20.42–31.14, 4,590–7,000 | 7.03–32.89, 1,580–7,391 |
| 15.7–17.4, 0.62–0.69 | 15.9, 0.63 (5/8) | 6 (5) | 5 (7) | 30.25–40.03, 6,800–9,000 | 6.05–39.63, 1,360–8,910 |
| 19.0–20.0, 0.75–0.79 | 19.0, 0.75 (3/4) | 4 (3) | 3 (<5) | 33.36–51.15, 7,500–11,500 | 27.22–39.04, 6,120–8,776 |
| 23.7, 0.93 | 25.4, 1.00 (1) | 1 (<1) | 1 (<2) | 53.38, 12,000 | 10.68, 2,400 |

[a]*Nominal rope diameters are those typically used by their manufacturers and lie within or near the range of measured diameters.*

entangled right ($n = 30$) and humpback whales ($n = 30$) did not differ significantly ($t = 0.722$, df $= 58$, $P = 0.237$) (Figs. 1 & 2a). The average new rope breaking strength was 19.30 kN (range 7.56–51.15 kN) for 30 right whale cases, 17.13 kN (range 7.56–53.38 kN) for 30 humpback cases, and 10.47 kN (range 2.89–17.81 kN) for 8 minke cases. For the 2 fin whale cases, the new rope breaking strengths were 11.12 and 31.14 kN.



*Figure 1. Estimated breaking strength and diameter of all ropes removed from right, humpback, minke, and fin whales (determined by break strength testing or rope condition) and new rope strength and diameter (determined based on strength at manufacture of rope with same polymer make-up and diameter as the rope with the highest breaking strength retrieved from entangled whales).*



*Figure 2. (a)–(e) Relationship between new rope breaking strength and whale entanglement in fishing ropes by (a) species (RW, right whale; HW, humpback; MW, minke), (b, c) age class (yo, years old), and (d, e) severity of injury (bars, middle 50% of measurements collected in each category; line through the bar, median; diamond, mean; whiskers, minimum and maximum breaking strengths documented).*

All of the minke whales were found dead in the gear and likely had been anchored (i.e., unable to break free from the gear). Humpback whales were found anchored in the gear in 33% ($n = 9$) of cases, whereas 1 right whale (3.3%) was anchored and subsequently drowned. The anchored right whale was in the strongest gear retrieved for that species (51.15 kN). Breaking strength did not explain why some humpback whales were anchored in gear (average 13.40 kN) and others were not (average 18.60 kN); however, the sample size of anchored whales was low ($n = 9$). Both fin whales were free swimming.

Twenty of the 30 right whale cases (67%) involved calves and juveniles; 7 were adults (23%) and 2 (7%) were of unknown age. Adults were found in ropes of significantly higher breaking strengths than juveniles ($t = 4.26$, df $= 8$, $P = 0.001$) (Fig. 2b & 3c). The case with the highest breaking strength (51.15 kN) involved a male over 19 years old (number 1238) that drowned in the rope (Cassoff et al. 2011).

For humpback whales, 63% ($n = 19$) of the cases involved known or suspected juveniles. Although an adult was entangled in the rope with the highest breaking strength (53.38 kN), both juveniles and adults were



*Figure 3. New rope breaking strength and diameter relative to (a) right whale injury severity, (b) humpback whale injury severity, (c) right whale age, and (d) humpback whale age (yo, years old).*

distributed across the range of new rope strengths (Fig. 3d), and the average breaking strength did not differ significantly among age classes ($t = 0.576$, df = 9, $P = 0.289$) (Fig. 2c). The average breaking strength for adult humpback whales ($n = 7$) was significantly lower than for adult right whales ($n = 7$) ($t = 1.80$, df = 11, $P = 0.026$) (Figs. 2b & 2c), whereas juveniles of the 2 species did not differ significantly ($t = 0.319$, df = 32, $P = 0.376$).

Entanglement injury severity for 30 cases involving 28 individual right whales (whale number 2212 was entangled 3 times) was predominately severe (50%, $n = 15$); 11 cases (37%) were of moderate severity and 4 cases (13%) were of minor severity (Fig. 3a). This was the only species for which entanglements were confirmed to exceed 90 days ($n = 8$, range: 100–573 days), and all long-term events involved moderate or severe injuries. Although there appeared to be an increasing trend in breaking strengths versus severity (Fig. 2d), these differences were only significant when comparing minor to severe injury cases ($t = 2.155$, df = 16, $P = 0.02$).

When entanglement injury severity could be reliably assessed for humpback whales ($n = 20$), the injuries were most frequently minor (55%, $n = 11$) (moderate, 15%, $n = 3$; severe, 30%, $n = 6$; Fig. 3b). In 10 additional cases, the severity of the injuries could not be reliably assessed. One-third ($n = 10$) of humpback cases were confirmed short-duration events (<30 days), and none were known to be of long duration. The short-duration cases were disentangled within 1 - 18 days, and the whales exhibited minor to moderate injuries. For the 20 cases with complete information, there were no significant differences in average rope strength for entanglements resulting in minor injuries ($n = 11$) versus those resulting in moderate injuries ($n = 6$; $t = -0.533$, df = 2, $P = 0.324$) or severe ones ($n = 5$; $t = 0.999$, df = 5, $P = 0.182$) (Fig. 2e).

An overall positive slope parameter ($\beta 1 = 0.046$) indicated an increasing rate of moderate to severe entanglement injury cases in right whales over time ($\chi 2 = 18.467$, $P < 0.001$). Slope parameters differed from those of earlier years in the study, but increases in the rate of moderate to severe entanglement injuries occurred each year from 1997 onward ($\beta 1 = 0.012$, $P = 0.65$) and exhibited statistically significant trends from 2000 onward ($\beta 1 = 0.045$, $P = 0.04$) (Fig. 4a).



*Figure 4. Number of right whales with (a) minor and moderate or severe entanglement injuries and (b) low and high configuration risk entanglements (a measure of the amount and complexity of gear on the whale; high risk cases were considered potentially life threatening) by year.*

Entanglement configuration risk was assessed for 73 entangled right whales from 1980 to 2009 (Fig. 4b). During the 1980s and early 1990s entanglements resulting in attached gear were infrequent and typically of low risk. Beginning in 1993, the number of entanglements increased and configuration risk became high for the majority of cases documented through 2009.

## Discussion

This is the first study to investigate how rope breaking strength influences entanglement outcome. However, we could rarely determine how the gear was configured when the entanglement occurred or how the whale first encountered the gear. Thus, it is uncertain whether the recovered rope or ropes were the ones initially contacted by the whale. We also do not know if the samples are representative of the strength of the entire gear set. However, we focused on the strongest rope recovered in each case, and we have no reason to believe our sampling was biased in this regard. In addition, the rope strength was somewhere between the new and estimated strength at the time the entanglement occurred. In many of the cases, the whales had carried the gear for extended periods or the retrieved ropes had been stored for several years before analysis. Therefore, we assessed both new and estimated breaking strengths (Fig. 1) and reached the same conclusions. However, we believe the new breaking strength is the most useful metric because most of the

ropes (70%) were in either good or very good condition and therefore would have been closer to new condition at the time of entanglement. Furthermore, metrics based on gear strength at manufacture are easier to incorporate into future mitigation and monitoring efforts.

The null hypothesis that injury severity is unrelated to rope strength was rejected for right whales because the difference in rope strength was significant for minor versus severe entanglement injuries. For humpback whales, an increasing trend in breaking strength versus severity was not significant. These findings may be confounded by several factors. When an entanglement was first detected, entanglement duration was unknown, and injury severity can increase over the duration of an entanglement due to a variety of factors, including infection, amount of drag, and whether the whale grows into constricting gear. Conversely, disentanglement may prevent further injury that might have occurred had the gear remained attached. For example, the greater injury severity in right versus humpback cases may be partially explained by longer entanglement durations. This is related to a number of factors we did not explore, including differences in reporting and disentanglement success rates for the 2 species.

Our second null hypothesis, that rope strength is not correlated with either whale species or age was rejected in several tests. Minke whales, the smallest species, were found in significantly lower breaking strength ropes than both humpback and right whales. When humpback and

right whales were compared by age class, right whale adults were found in significantly stronger ropes than all juvenile right whales as well as both juvenile and adult humpbacks, a species with less girth and strength than rights. The right whale found in the strongest gear (number 1238 in 51.15 kN breaking strength rope) drowned during the entanglement (Cassoff et al. 2011). Further, 0–5 year old right whales were found in rope strengths from 7.56-18.24 kN, whereas adult right whales were found in rope strengths of 20.02-51.15 kN, and 6- to 8-year-olds spanned both ranges. This suggests that either younger right whale juveniles somehow evade entanglement in stronger ropes or that they may be more likely to die in stronger gear and go undetected. This latter scenario is the most plausible given the fact that some whales (including all the minkes in this study) were found dead in the gear. In addition, humpback whales were more frequently anchored than right whales, another possible indicator of species strength differences. Finally, the fact that no adult right whales were found in ropes below 20.02 kN suggests they can break free from these weaker ropes and thereby avoid a life threatening entanglement.

Our third null hypothesis that the configuration risk of right whale entanglements and associated injuries do not change over time was rejected in both cases. Injury severity at moderate and severe levels showed a positive slope from 1997 onward, with significant changes beginning in 2000 through the subsequent years covered. Our data suggest the number of entanglements with high configuration risk increased starting in the mid 1990s, and that from 1997 to 2009, high risk configurations represented the vast majority of right whale entanglement cases. All 3 null hypotheses were rejected partially or fully, indicating that breaking strength played a role in entanglement outcome.

Although retrieved rope data were available only for 13 years, information on rope manufacturing might explain this temporal trend. In the early 1950s, fishing rope construction shifted from natural fibers (manila and sisal) to synthetic fibers (primarily polypropylene) that were stronger and resistant to rot. In 1992 the development of co-extrusion (i.e., co-polymer) methods allowed for the blending of different plastic resins to produce stronger and more abrasion-resistant floating ropes (McKenna et al. 2004). A co-extruded rope made of a combination of polypropylene and high-density polyethylene is often referred to by the brand name, *Polysteel*, and is now commonly used for fishing. Another development included the manufacture of sinking ropes composed of a blend of polyester fiber (PET) with either polypropylene or *Polysteel*, which had breaking strengths similar to the all-*Polysteel* ropes (McKenna et al. 2004).

Just prior to rope manufacturing changes in the 1990s, changes in the manufacture of lobster traps also occurred. During the late 1970s and early 1980s, wooden traps were replaced with wire traps that allow for use of heavier gear, sometimes year round (Fishermen's Voice 2011). The combination of wire traps and stronger, more durable ropes resulted in the ability to fish more and heavier gear in deeper waters and in areas offshore. It seems likely that these changes led to more high risk entanglement configurations and the increased frequencies of moderate and severe injuries for right whales from the mid 1990s onward.

Ours is the first evidence-based analysis that supports a modification to fishing gear that would reduce the incidence of serious whale entanglements in fixed fishing gear. Past mitigation efforts for right and humpback whales were based on common sense and were never subjected to experimental evaluation before or after implementation. We found evidence that reduced breaking strength (RBS) ropes of 7.56 kN (1700 lbsf) or less could make a major contribution to whale entanglement mitigation. Based on the limited number of whales found entangled in tested rope strengths below 7.56 kN or 1700 lbsf, implementation of RBS ropes would likely reduce the probability of mortality and suffering by at least 72%, assuming such ropes could be practically fished throughout the area covered by this study, and potentially bring entanglement-related deaths to legally mandated levels.

To determine the number of human-caused, deaths that a cetacean species can annually endure without leading to a decline in population size, the United States developed a formulaic approach in which population size, growth, and recovery parameters are used to calculate potential biological removal (PBR) (Wade 1998). The PBR level for right whales is 0.9 whales/year. From 2007 to 2011, entanglement mortality and serious injuries averaged 3.25 whales annually (Waring et al. 2014). For humpback whales, PBR is 2.7 whales but annual mortalities averaged 9.95 whales for the same time frame (Waring et al. 2014). If the broad usage of RBS ropes resulted in the reduction of mortalities and serious injuries by at least 72%, this could reduce annual deaths of right whales to 0.91 and of humpback whales to 2.79, close to the PBR levels set for both species.

The use of RBS ropes would not reduce the number of encounters between whales and gear and may not prevent lethal entanglements in some areas such as the right whale calving grounds, where neonates have less strength than a minke whale. Further, the benefits to other species, such as sea turtles, would likely be minimal. However, the concept of using weaker gear for fishing might be useful to consider in other parts of the world to reduce the capture of small cetaceans or sea turtles. A new study on estimated maximal force output, calculated using measurements of epaxial muscle size of 22 cetacean species ranging from bottlenose dolphins (*Tursiops truncatus*) to blue whales (*Balaenoptera musculus*), may provide valuable insights into the rope or net strength different species can break (Arthur et al. 2015).

The RBS ropes also need to be practical for fishing. Load cell studies in the Gulf of Maine show near shore lobster trawl hauling loads are around 2.24-3.11 kN, except in one instance where it was recorded at 4.89 kN (Salvador & Kenney 2002). However, loads reached 12.46 kN during hauling of very heavy offshore gear (a 48-trap trawl in 185 fathoms) (Salvador et al. 2003). The highest load cell measurement of gillnet gear from the Bay of Fundy was 3.11 kN during setting and 2.45 kN when hauling from gear set in 50 fathoms with an 0.36 kN grapple and 0.38 kN kedge type anchors (Salvador & Kenney 2002). When towed, the drag on an unanchored 20-net string of gillnets reached 6.38 kN (Salvador & Kenney 2002). These studies suggest the forces applied during normal fishing operations are considerably lower in most cases for lighter gear than the 7.56 kN maximum RBS rope we recommend.

Rope used for fishing is stronger than needed under average operating conditions. This gives fishers a margin of security against rope degradation from repeated hauling stress, abrasion, UV exposure, rope age, and to withstand high loads during severe weather, currents, and when ropes become stuck on rocks or in other gear. If RBS ropes were used, the development of a more durable rope might reduce the chances of greater gear loss from using weaker ropes with unchanged degradation resistance. Preliminary trials of RBS ropes of 2.67 and 5.34 kN by lobster fishers in the Gulf of Maine in 2006 and 2007 indicated that the ropes were fishable in some areas and fishers were receptive to the concept (Consortium for Wildlife Bycatch Reduction 2007, 2009). The use of RBS ropes may also reduce the chance that bottom gear would be dragged if the set were snagged by an entangled whale or by a passing vessel and thus provide more accurate positioning of nonbuoyed gear to facilitate retrieval through grappling. Accidental towing of lobster gear by passing vessels is considered one of many reasons gear is lost (Prybot 2006). In areas where RBS ropes may not be feasible for fishing, the development and implementation of other bycatch mitigation techniques such as rope-less fishing should be tested.

These results suggest that the development and implementation of RBS ropes could lead to a significant reduction of whale mortality and serious injury from entanglement in fishing gear. Previous management measures to reduce entanglements of large whales have required weak links between the top of the vertical endline and the surface buoy system of pot and gillnet gear and between gillnet panels. Evidence indicates that these and other measures have not reduced either the incidence or severity of entanglements along the eastern seaboard (Knowlton et al. 2012; Pace et al. 2014). With RBS ropes, the goal would be to make the entire length of the lines in the water column weaker, rather than only at specific points. This would give an entangled whale a better chance of breaking free regardless of where it makes contact with the line.

The RBS ropes should be tested in any part of the world where whale entanglements occur in fixed fishing gear and should be considered for any rope-based marine activity. Short-term evaluation of its efficacy could be determined through gear marking to assess the injury severity and configuration risk for RBS ropes found on whales. Long term efficacy can be determined by monitoring entanglement rates and severity levels in the target population. Considering that entanglement is one of the most urgent conservation issues facing marine mammals, adopting this relatively simple gear modification is a promising option for reducing the number of unnecessary deaths and suffering by whales around the world.

## Acknowledgments

Primary support was provided by a grant to the Consortium for Wildlife Bycatch Reduction at the New England Aquarium from U.S. DOC-NOAA grant NA09NMF4520413. Additional support was provided by NOAA grant NA09OAR4320129 via Woods Hole Oceanographic Institution and private donors. M. Marx, H. Pettis, C. Borutskie, C. McMillan, and J. Tackaberry provided assistance in data compilation. E. Burgess assisted with statistical analyses and B. McWeeny provided careful reviews of many drafts. This study would not have been possible without the efforts of the Atlantic Large Whale Disentanglement Network (ALWDN), coordinated by the Center for Coastal Studies (CCS) under the authority of the U.S. National Marine Fisheries Service and the work by J. Kenney to archive and describe the gear taken off each large whale. Access to right whale data was provided by the North Atlantic Right Whale Consortium. Humpback whale data were provided by CCS. Additional data were provided by the ALWDN.

## Supporting Information

Supporting information on methods of rope analyses and associated data (Appendices S1 and S2), a right whale case study example (Appendix S3), entanglement injury and configuration severity criteria (Appendix S4), and figures shown in pounds force and inches (Appendix S5) are available online. The authors are solely responsible for the content and functionality of these materials. Queries (other than absence of the material) should be directed to the corresponding author.

## Literature Cited

Arthur LH, McLellan WA, Piscitelli MA, Rommel SA, Woodward BL, Winn JP, Potter CW, Pabst DA. 2015. Estimating maximal force output of cetaceans using axial locomotor muscle morphology. Marine Mammal Science **31:**1401–1426.

Cassoff RM, Moore KM, McLellan WA, Barco SG, Rotstein DS, Moore MJ. 2011. Lethal entanglement in baleen whales. Diseases of Aquatic Organisms **96:**175–185.

Consortium for Wildlife Bycatch Reduction. 2007. Administer a consortium for fisheries and wildlife resolution. Final contract report. Submitted for NOAA order number EA133F05CN1359. Consortium for Wildlife Bycatch Reduction, New England Aquarium, Boston.

Consortium for Wildlife Bycatch Reduction. 2009. Final report under NOAA grant number NA06NMF4520120. Consortium for Wildlife Bycatch Reduction, New England Aquarium, Boston.

Fishermen's Voice. 2011. Technology and innovation put Friendship Trap Company at center of change. Fishermen's Voice 16(6). Available from http://www.fishermensvoice.com/archives/0611TechnologyAndInnovationPutFriendshipTrapCompanyAtCenterOfChange.html (accessed September 2015).

Hamilton PK, Knowlton AR, Marx MK, Kraus SD. 1998. Age structure and longevity in North Atlantic right whales *Eubalaena glacialis* and their relation to reproduction. Marine Ecology Progress Series **171:**285–292.

International Whaling Commission. 2010. Report of the workshop on welfare issues associated with the entanglement of large whales. IWC/62/15. International Whaling Commission, Cambridge, United Kingdom.

Johnson A, Salvador G, Kenney J, Robbins J, Kraus S, Landry S, Clapham P. 2005. Fishing gear involved in entanglements of right and humpback whales. Marine Mammal Science **21:**635–645.

Knowlton AR, Hamilton PK, Marx MK, Pettis HM, Kraus SD. 2012. Monitoring North Atlantic right whale *Eubalaena glacialis* entanglement rates: a 30 yr retrospective. Marine Ecology Progress Series **466:**293–302.

McCarron P, Tetreault H. 2012. Lobster pot gear configurations in the Gulf of Maine. Maine Lobstermen's Association, Kennebunk. Available from http://www.bycatch.org/publications (accessed September 2015).

McKenna HA, Hearle JWS, O'Hear N. 2004. Handbook of fibre rope technology. Woodhead Publishing, Cambridge, England.

Moore MJ, van der Hoop J, Barco SG, Costidis AM, Gulland FM, Jepson PD, Moore KT, Raverty S, McLellan WA, editors. 2013. Criteria and case definitions for serious injury and death of pinnipeds and cetaceans caused by anthropogenic trauma. Diseases of Aquatic Organisms **103:**229–264.

NMFS. 2008. Taking of marine mammals incidental to commercial fishing operations; Atlantic large whale take reduction plan regulations. Final rule. Federal Register **73**(170)**:**51228–51241.

NMFS. 2014. Taking of marine mammals incidental to commercial fishing operations; Atlantic large whale take reduction plan regulations. Final rule. Federal Register **79**(124)**:**36586–36621.

O'Connor S, Campbell R, Cortez H, Knowles T. 2009. Whale Watching Worldwide: tourism numbers, expenditures and expanding eco-

nomic benefits, a special report from the International Fund for Animal Welfare, Yarmouth MA, USA.

Pace RM, Cole TVN, Henry AG. 2014. Incremental fishing gear modifications fail to significantly reduce large whale serious injury rates. Endangered Species Research **26:**115–126.

Pettis HM, Rolland RM, Hamilton PK, Knowlton AR, Kraus SD. 2004. Visual health assessment of North Atlantic right whales *Eubalaena glacialis* using photographs. Canadian Journal of Zoology **82:**8–19.

Prybot PK. 2006. Lobstering off Cape Ann: a lifetime lobsterman remembers. The History Press, Charleston, SC.

Read AJ. 2008. The looming crisis: interactions between marine mammals and fisheries. Journal of Mammalogy **89:**541–548.

Robbins J. 2012. Scar-based inference into Gulf of Maine humpback whale entanglement: 2010. Technical report. National Marine Fisheries Service, Woods Hole, MA. Available from http://www.nefsc.noaa.gov/psb/docs/HUWHScarring%28Robbins2012%29.pdf (accessed September 2015).

Robbins J, Knowlton AR, Landry S. 2015. Apparent survival of North Atlantic right whales after entanglement in fishing gear. Biological Conservation **191:**421–427.

Rocha RC, Clapham PJ, Ivashchenko YV. 2014. Emptying the oceans: a summary of industrial whaling catches in the 20th century. Marine Fisheries Review **76:**37–48.

Roman J, Estes JA, Morissette L, Smith C, Costa D, McCarthy J, Nation JB, Nicol S, Pershing A, Smetacek V. 2014. Whales as marine ecosystem engineers. Frontiers in Ecology and the Environment **12:**377–385.

Salvador G, Kenney J, Higgins J. 2003. 2003 supplement to the large whale gear research summary. NOAA/Fisheries Northeast Regional Office, Protected Resources Division, Gloucester, MA.

Salvador G, Kenney J. 2002. Large whale gear research summary. NOAA/Fisheries Northeast Regional Office, Protected Resources Division, Gloucester, MA.

van der Hoop JM, Moore MJ, Barco SG, Cole TVN, Daoust P-Y, Henry AG, McAlpine DF, McLellan WA, Wimmer T, Solow AR. 2013. Assessment of management to mitigate anthropogenic effects on large whales. Conservation Biology **27:**121–133.

Wade PR. 1998. Calculating limits to the allowable human-caused mortality of cetaceans and pinnipeds. Marine Mammal Science **14:**1–37.

Waring GT, Josephson E, Maze-Foley K, Rosel, PE, editors. 2014. U.S. Atlantic and Gulf of Mexico marine mammal stock assessments – 2013. NOAA Tech Memo NMFS NE 228. Available from http://www.nmfs.noaa.gov/pr/sars/pdf/ao2013_tm228.pdf (accessed September 2015).



**Vol. 581: 165–181, 2017**
https://doi.org/10.3354/meps12315

MARINE ECOLOGY PROGRESS SERIES
Mar Ecol Prog Ser

**Published October 13**



# North Atlantic right whale foraging ecology and its role in human-caused mortality

**Mark F. Baumgartner[1],*, Frederick W. Wenzel[2], Nadine S. J. Lysiak[3], Melissa R. Patrician[4]**

[1]Biology Department, Woods Hole Oceanographic Institution, Woods Hole, MA 02543, USA
[2]NOAA Northeast Fisheries Science Center, Woods Hole, MA 02543, USA
[3]Biology Department, University of Massachusetts Boston, Boston, MA 02125, USA
[4]Ship Operations, Woods Hole Oceanographic Institution, Woods Hole, MA 02543, USA

ABSTRACT: Endangered North Atlantic right whales *Eubalaena glacialis* suffer from unacceptably high rates of ship strikes and fishing gear entanglements, but little is known of the role that diving and foraging behavior plays in mediating human-caused mortality. We conducted a study of right whale foraging ecology by attaching tags to whales for short periods of time (hours), tracking their movements during daytime, and repeatedly sampling oceanographic conditions and prey distribution along the whales' tracks. Right whales were tagged from late winter to late fall in 6 regions of the Gulf of Maine and southwestern Scotian Shelf from 2000 to 2010. The diving behavior of the tagged whales was governed by the vertical distribution of their primary prey, the copepod *Calanus finmarchicus*. On average, right whales tagged during spring spent 72 % of their time in the upper 10 m (within the draft of most large commercial vessels), indicating the need for expanded ship speed restrictions in western Gulf of Maine springtime habitats. One out of every 4 whales dove to within 5 m of the sea floor during the short time they were tagged, spending as much as 45 % of their total tagged time in this depth stratum. Right whales dove to the sea floor in each habitat studied except for one (where only 1 whale was tagged). This relatively high incidence of near-bottom diving raises serious concerns about the continued use of floating ground lines in pot and trap gear in coastal Maine and Canadian waters.

KEY WORDS: *Eubalaena glacialis* · *Calanus finmarchicus* · Diving behavior · Entanglement · Ship strike

## INTRODUCTION

The North Atlantic right whale *Eubalaena glacialis* is a unique predator, having the largest ratio of predator-to-prey body mass in the animal kingdom (Tucker & Rogers 2014). The evolution of baleen and ram filter feeding has allowed a roughly 50 000 kg, 14 m long predator to consume copepods that are only ~1 mg in weight and a few millimeters in length (see Baumgartner et al. 2007 for a review of how and why right whales feed this way). North Atlantic right whales feed primarily on the late juvenile develop-mental stages of the copepod *Calanus finmarchicus* (Wishner et al. 1988, 1995, Murison & Gaskin 1989, Mayo & Marx 1990, Baumgartner et al. 2003a), but supplement their diet with other zooplankton such as *Pseudocalanus* spp., *Centropages typicus*, and euphausiids (Collett 1909, Watkins & Schevill 1976, Mayo & Marx 1990). To survive, right whales must seek out and feed on extremely dense aggregations of copepods organized into vertically compressed layers (Baumgartner & Mate 2003). While feeding thresholds of $10^3$ copepods m$^{-3}$ have been estimated (Mayo & Marx 1990, Baumgartner & Mate 2003),

© M. F. Baumgartner, N. S. J. Lysiak, M. R. Patrician and, outside the USA, the US Government 2017. Open Access under Creative Commons by Attribution Licence. Use, distribution and reproduction are unrestricted. Authors and original publication must be credited.

*Corresponding author: mbaumgartner@whoi.edu

Publisher: Inter-Research · www.int-res.com

copepod abundance measured in proximity to right whales within these compressed layers can exceed $10^5$ copepods m$^{-3}$ (Mayo & Marx 1990, Beardsley et al. 1996, Baumgartner & Mate 2003, Parks et al. 2012). The mechanisms that lead to the formation of these highly aggregated layers of copepods are poorly understood, but likely involve interactions between ocean physics, copepod behavior, and, during late winter and spring, phytoplankton vertical distribution (Baumgartner et al. 2007).

North Atlantic right whales are seriously endangered, with an estimated 458 animals remaining alive in 2015 (Pace et al. 2017). Commercial whaling between the 12th and 18th centuries decimated the population, leading to the first attempts at international protection in 1935. Since routine population monitoring and stranding networks were established in the 1970s and 1980s, unacceptably high rates of mortality from fishing gear entanglements and ship strikes have been continuously observed (Knowlton et al. 2012, van der Hoop et al. 2013, Kraus et al. 2016). Hayes et al. (2017) estimated that the minimum rate of human-caused mortality and serious injury to right whales averaged 5.7 animals yr$^{-1}$ between 2010 and 2014 (4.7 and 1.0 animals yr$^{-1}$ attributed to fishing gear entanglements and ship strikes, respectively), well above the 'potential biological removal' rate of 1.0 animal yr$^{-1}$ mandated under the US Marine Mammal Protection Act. Knowlton et al. (2012) reported that 83% of all right whales had been entangled at least once in their life, and of these animals, 59% had been entangled more than once. There is no evidence to indicate that management actions enacted in the US prior to 2009 to reduce fishing gear entanglements have been effective (Pace et al. 2014). Recent management actions to reduce vessel speeds in known right whale habitats and to shift shipping lanes around whale high-use areas appear to have reduced, but not eliminated, ship strikes (Laist et al. 2014, van der Hoop et al. 2015).

The role that diving and foraging behavior plays in increasing the risks posed by anthropogenic activities to whales is not well known. For example, the amount of time whales spend at or near the surface has a strong influence on their risk of being hit by a ship. Baumgartner & Mate (2003) found that reproductively active females (pregnant females and females accompanied by calves) spend more time at the surface in the summer than other demographic groups, which potentially makes this critical segment of the population more susceptible to ship strikes. Parks et al. (2012) observed near-surface feeding

behavior in Cape Cod Bay that put all right whales at particular risk from ship strikes. Ropes suspended in the water column as part of fixed fishing gear pose a significant hazard to right whales. Some fisheries use ground lines that float above the sea floor between traps or pots (e.g. Brillant & Trippel 2010), and these lines pose an entanglement risk to right whales (Johnson et al. 2005). Despite anecdotal evidence of muddy heads, documented near-bottom prospecting dives, and previous well-founded speculation about near-bottom feeding (Winn et al. 1995, Mate et al. 1997, Baumgartner & Mate 2003, S. Kraus pers. comm.), the spatial and temporal extent of near-sea-floor diving is unknown in right whales, making risk assessment across habitats difficult.

We initiated a study of right whale diving behavior to better understand both foraging ecology and the risks posed by human activities focused in particular strata of the water column. The present study builds upon the summertime right whale foraging ecology study of Baumgartner & Mate (2003), using the same study design but collecting observations in other seasons and habitats. Archival tags were attached to right whales during daytime, and the animals were tracked closely in space and time to permit repeated observations of their prey, oceanographic conditions, and water depth along the whales' swim tracks. These observations were used to characterize (1) seasonal changes in right whale diving behavior, (2) the relationship between right whale diving behavior and the vertical distribution of their prey, (3) strategies to optimize foraging time, and (4) time spent in surface and near-bottom depth strata where the risk of ship strikes and entanglement in floating ground lines, respectively, are greatest.

## MATERIALS AND METHODS

Archival tags consisted of a time-depth recorder (TDR; Wildlife Computers MK7, 2000–2001; MK9, 2004–2010), an acoustic transmitter (Vemco V22P, 2001–2010; no acoustic transmitter was used in 2000), and a radio transmitter (Telonics CHP-1P, 2000–2007; MOD-050, 2010). The TDR measured depth and conductivity (to determine if the tag was above or below the sea surface) at 1 s intervals; depth was measured at 2 and 0.5 m resolution during 2001–2002 and 2004–2010, respectively. To assess pressure errors in the TDR instruments, we attached tags to the vertical profiling instrument package (see below) to collect collocated depth measurements with a calibrated conductivity-temperature-depth

(CTD) instrument (Seabird SBE19 plus). Errors in the TDRs were significant, yet consistent among all instruments; errors increased 2.0–2.5 m per 50 m. Errors from the calibration casts were used to subsequently adjust depth measurements from the TDR instruments deployed on whales.

The tags' acoustic transmitters facilitated tracking submerged whales at close range (<1 km) using a hand-held directional hydrophone and an acoustic receiver. We have found this tracking method to be superior to radio tracking for our study, since it allows environmental sampling to occur much closer in space and time to the whale than when radio tracking. Each acoustic transmitter emitted a 10 ms, 36 kHz pulse at 165 dB (re 1 µPa at 1 m) roughly once every second. The frequency response of the transmitters, data on the behavior of right whales tagged with and without transmitters, and justification for the use of this active acoustic source on baleen whales can be found in Baumgartner & Mate (2003) and Baumgartner et al. (2008). Tags were deployed during daylight hours from 4.5–7.5 m rigid-hulled inflatable boats using a 9 m long telescoping aluminum pole, and attached to the whale's skin via a suction cup. Detachment was controlled using a zinc foil plug in the suction cup that corroded over 1–3 h and eventually allowed seawater to flood the suction cup. Upon detachment, syntactic or polyvinyl chloride foam incorporated in the tag provided buoyancy so that the tag could return to the surface and be recovered for data retrieval. Our sampling design called for attachment durations of 1–3 h because (1) right whales engage in repetitive stereotypical feeding behavior that can be adequately observed over relatively short time scales (hours; Baumgartner & Mate 2003), and (2) short attachment durations created an opportunity for several animals to be tagged (serially) in a single day, thus increasing the sample size as well as our chances of making reasonable inferences about the foraging behavior of the right whale population.

Once tagged, whales were tracked at close range (<1 km) from the tagging boat using the acoustic transmitter/receiver system and the naked eye. Care was taken to track tagged whales at sufficient distance to mitigate behavioral responses to the boat, but close enough to allow behavioral observations and to accurately collect surfacing locations. Upon a tagged whale's surfacing after a long dive or every few minutes for whales that surfaced more frequently, the tracking boat would stop at a surfacing location and record the position with a Global Positioning System (GPS) receiver. Roughly every 10–15 min, the

most recent position would be transmitted by radio to a nearby oceanographic vessel, and the vessel would subsequently move to that location to measure the water depth with an echosounder and conduct a cast with a vertical profiling instrument package. This package consisted of a CTD (Seabird Electronics, SBE 19 plus) and optical plankton counter (OPC; Focal Technologies, OPC-1T; Herman 1988, 1992) during the 2000 and 2001 field seasons. A chlorophyll fluorometer (Wetlabs, WETStar WS3S), video plankton recorder (VPR; Seascan model AutoVPR in 2005, digital AutoVPR in 2006–2010; Davis et al. 1992, 1996), and altimeter (Benthos, PSA-916) were added in 2005, and a bottom contact switch (Woods Hole Oceanographic Institution custom built) was added in 2006. These instruments provided vertical profiles of temperature (CTD), salinity (CTD), chlorophyll fluorescence (fluorometer), particle size and abundance (OPC), light attenuation (OPC), and zooplankton abundance and community composition (VPR). Casts were conducted from the surface to within several meters of the sea floor prior to 2006; during and after 2006, casts were conducted to within ~1 m of the sea floor. No VPR data are available for 2006, as the digital AutoVPR (DAVPR) malfunctioned for all casts that year.

The VPR captures digital images of a small volume of water 23–30 times s$^{-1}$, and is adept at estimating the abundance of large-bodied copepods such as *Calanus finmarchicus*. Regions of interest, defined as areas in the images with high brightness and contrast, were automatically extracted using AutoDeck software (Seascan) and visually inspected to identify and classify zooplankton. Taxon-specific abundance estimates were derived from the VPR using zooplankton counts from these manually classified regions of interest as well as empirical estimates of the image volume (11 ml for the AutoVPR used in 2005, 2.1 ml for the DAVPR used in 2007–2010). Comparable estimates of late-stage *C. finmarchicus* abundance were estimated from the OPC by counting all particles of 1.5–2.0 mm equivalent circular diameter and applying the calibration equation of Baumgartner (2003). The Baumgartner (2003) calibration equation was developed from zooplankton samples collected during the summer in the Bay of Fundy and the southwestern Scotian Shelf (Roseway Basin), where the *C. finmarchicus* population is dominated by copepods in the C5 developmental stage. Because C4 copepodids may occur in higher abundance during the spring in the western Gulf of Maine, the calibration equation of Baumgartner (2003) may underestimate the abundance of late-stage *C. finmarchicus*

in this region. Fortunately, C4 and C5 copepodids are imaged and counted equally well by the VPR, so VPR-derived estimates of late-stage *C. finmarchicus* abundance may be more accurate in locations where C4 copepodids are numerous. For each cast with both OPC and VPR data, whichever instrument provided the higher measurements of *C. finmarchicus* abundance was used in subsequent analyses. *C. finmarchicus* vertical distribution derived from both the OPC and VPR was summarized in 2.5 m depth strata from the surface to the sea floor; maximum abundances in all 2.5 m depth strata sampled during a cast are reported below.

Baumgartner & Mate (2003) defined right whale dives as any vertical excursion below 50 m, and described the descent, at-depth, and ascent portions of a right whale feeding dive using vertical speed criteria; however, these criteria assume deep diving and relatively fast descents and ascents, which do not occur during shallow feeding dives in late winter and spring. We therefore defined a right whale dive as any vertical excursion that occurs between respiration bouts (characterized by periods of very short and very shallow dives, and TDR-measured conductivity anomalies indicating the tag was in air). We further defined the descent, at-depth, and ascent portions as follows: (1) the descent began and ended when the vertical descent speed first rose above and fell below 0.0 m s$^{-1}$ (i.e. initiation occurs when the whale descends from the surface, and termination occurs when the whale stops swimming downward), (2) the ascent began and ended the last time the vertical ascent speed rose above and fell below 0.0 m s$^{-1}$, respectively (i.e. initiation occurs when the whale begins swimming upward toward the surface for the last time, and termination occurs when the whale stops swimming upward at the surface), and (3) the duration at depth was defined as the period between termination of the descent and initiation of the ascent. For the 154 summer right whale dives reported by Baumgartner & Mate (2003), the new dive definitions increased the time of ascent termination by an average 7.9 s (SD = 6.8 s), decreased the time of descent initiation by an average 8.1 s (SD = 5.3 s), and shortened the duration at depth by an average 15.9 s (SD = 9.1 s). The 2 dive definitions yielded highly correlated results for both ascent termination time ($r^2$ = 0.9657, p < 0.0001) and descent initiation time ($r^2$ = 0.9994, p < 0.0001). Since these changes are trivial, all dive characteristics, including those observed in 2000–2001 and reported by Baumgartner & Mate (2003), were calculated here with these new criteria.

A simple model was used to explore how variations in the vertical distribution of copepod layers influence right whale diving behavior. The model assumed that each right whale diving sequence consisted of a period of commuting from the surface to the foraging depth and back to the surface again ($T_c$), a period spent at the foraging depth ($T_d$), and a period of respiration at the surface ($T_s$). Dive sequences were repeated $n$ times per unit of time $T$ (e.g. h$^{-1}$), yielding

$$T = n(T_c + T_d + T_s) \qquad (1)$$

The commuting time ($T_c$) was considered a function of the depth ($D$) and the ascent/descent rate ($r$; this can be considered an average of the ascent and descent rate, since these rates can differ based on a whale's buoyancy; see Nowacek et al. 2001 and Baumgartner & Mate 2003):

$$T_c = \frac{2D}{r} \qquad (2)$$

The surface interval ($T_s$) was assumed to be a fraction ($\alpha$) of the time submerged ($T_c + T_d$) as follows:

$$T_s = \alpha(T_c + T_d) \qquad (3)$$

The fraction of time spent at the foraging depth per unit time (e.g. h$^{-1}$), a quantity right whales presumably wish to optimize to maximize their prey ingestion at the foraging depth, was then as follows:

$$F_d = \frac{nT_d}{T} = \frac{1}{1+\alpha} - \frac{2nD}{rT} \qquad (4)$$

which can be rearranged and differentiated to yield:

$$\frac{\partial T_d}{\partial D} = \frac{2}{r}\left[\frac{(1+\alpha)F_d}{1-(1+\alpha)F_d}\right] \qquad (5)$$

The parameter $\alpha$ was estimated from the percent surfacing time (PCST after Dolphin 1987) measured by Baumgartner & Mate (2003) for right whales tagged in the Bay of Fundy and Roseway Basin. PCST is calculated as

$$PCST = \frac{T_s}{T_c + T_d + T_s} \qquad (6)$$

from which $\alpha$ can be calculated as

$$\alpha = \frac{PCST}{1-PCST} \qquad (7)$$

Baumgartner & Mate (2003) reported average PCST for 11 animals (excluding calves, females with calves, and pregnant females) as 21.2 % (SD = 4.1 %, range = 15.8–30.1 %), corresponding to $\alpha$ = 0.2690; this value was used in calculations below. PCST did

not change significantly between the 2 most sampled habitats, i.e. the Bay of Fundy and Great South Channel (2-sample $t$-test: $t = 0.556$, p = 0.5824); PCST averaged 19.6 % for 22 animals (excluding calves and females with calves) tagged in the Great South Channel (SD = 9.1 %, range = 6.5–44.5 %). Baumgartner & Mate (2003) also reported average ascent and descent rates of 1.47 and 1.40 m s$^{-1}$, respectively, so $r = 1.45$ m s$^{-1}$ was used in calculations below. Inferences drawn from the model are not dependent on these specific parameter values; variation in these parameters does not affect the study results and conclusions. Unless otherwise noted, results are presented as means ± SD.

## RESULTS

Tagging operations took place in 6 regions (Table 1, Fig. 1), but most whales were tagged in just 2 habitats: the Great South Channel and the Bay of Fundy. Between 2000 and 2010, 113 whales were tagged, but of these, only 55 (49 %) had attachment durations greater than 30 min. In the Great South Channel, 57 whales were tagged, of which 22 (39 %) had attachments over 30 min, and in the Bay of Fundy, 48 whales were tagged, of which 26 (54 %) had attachments over 30 min. Short attachments were attributable to poor skin condition, variations in tag design, and changes in suction cup stiffness. Of the 55 tagging events with attachment durations over 30 min, most were between 1 and 2 h in duration (n = 33); mean duration was 91 ± 60 min, the median duration was 81 min, and the interquartile range was 57–98 min. All analyses to follow were conducted with the 55 animals tagged for >30 min.

Right whales tagged in the Great South Channel exhibited significant variability in diving behavior (Figs. 2, 3a, & 4a). Many tagged whales remained at shallow depths: 64 % of whales (14 of 22) spent >80 % of their total tagged time shallower than 15 m (Fig. 4a, e.g. Fig. 2c). Maximum late-stage *Calanus*

Table 1. Summary of North Atlantic right whale *Eubalaena glacialis* tagging dates, locations, and average tag attachment durations. Only tagging events lasting ≥30 min are included

| Region | n | Month(s) | Year(s) | Duration (min) |
|---|---|---|---|---|
| Cape Cod Bay | 2 | March | 2006 | 52 |
| Great South Channel | 22 | May, June | 2004–2007, 2010 | 86 |
| Stellwagen Bank | 1 | August | 2005 | 71 |
| Bay of Fundy | 26 | July, August | 2000–2001 | 96 |
| Roseway Basin | 2 | August | 2001 | 93 |
| Jeffreys Ledge | 2 | December | 2006 | 131 |



Fig. 1. Tagging locations of all North Atlantic right whales *Eubalaena glacialis* with tag attachment durations of ≥30 min (n = 55) in Cape Cod Bay (△), Great South Channel (○), Bay of Fundy (□), Roseway Basin (⊕), Stell-wagen Bank (◇), and Jeffreys Ledge (☆). Shipping lanes approaching Saint John (New Brunswick), Portland (Maine), and Boston (Massachusetts) are shown

*finmarchicus* abundance in the upper 15 m near these shallow-diving whales was very high (Fig. 4b; OPC: 14 900 ± 14 400 copepods m$^{-3}$, range = 5200–62 900, n = 14 whales; VPR: 25 800 ± 9800 copepods m$^{-3}$, range = 6700–44 800, n = 12 whales), suggesting that the observed periods of shallow diving were primarily associated with feeding. Of the remaining 8 whales, all but 1 dove repeatedly to depths below 50 m (Fig. 3a), spending an average of 46 % of the total time they were tagged between 50 m and the sea floor (range = 27–70 %). Seven of the 22 whales

Mar Ecol Prog Ser 581: 165–181, 2017



Fig. 2. (a,c,e,g,i) Dive data for tagged North Atlantic right whales *Eubalaena glacialis* (white line) with collocated late-stage *Calanus finmarchicus* abundance (colors). Sea floor (thick gray line) and times of casts with the vertical profiling instrument package (gray triangles) are shown. Inset indicates movements of the tagged whale, including start position (green circle), end position (red circle), and locations of casts (gray triangles). Concentric circles are 1 km apart. (b,d,f,h,j) Corresponding dive depth frequency (gray bars) and cumulative dive depth frequency (line) colored with average *C. finmarchicus* abundance. White portion of cumulative dive depth frequency in (b) indicates no *C. finmarchicus* abundance observations. Dotted line indicates the depth of the sea floor. Whales shown were tagged in (a,b) Cape Cod Bay, 13 March 2006, (c,d) Great South Channel, 30 May 2007, (e,f) Bay of Fundy, 29 August 2001, (g,h) Jeffreys Ledge, 11 December 2006, and (i,j) Great South Channel, 25 May 2006



Fig. 3. Cumulative distributions of dive depth expressed (a,c,e) in meters and (b,d,f) as a percentage of water depth for tagged North Atlantic right whales *Eubalaena glacialis* in (a,b) the Great South Channel (GSC), (c,d) Bay of Fundy (BOF), and (e,f) Cape Cod Bay (CCB), Roseway Basin (RB), Stellwagen Bank (SB), and Jeffreys Ledge (JL). A random offset between ±2.5% was added to cumulative frequency to distinguish individual whales. Colors indicate abundance of late-stage *Calanus finmarchicus* measured in proximity to tagged whales; color bar in (d) indicates copepod abundance ($10^3$ copepods $m^{-3}$). Symbols above *x*-axis (in panels a,c,e) indicate water depth at tagging locations for each region, and symbols over each line in (e) and (f) indicate locations of tagging events. Symbols are as described in Fig. 1

(32%) dove to within 10 m of the sea floor during the period they were tagged (Fig. 4a, e.g. Fig. 2i), spending an average of 16% of their total tagged time in this depth stratum (range = 3–38%). While some of these dives were V-shaped, characterized by rapid descent and ascent with very little or no time spent in the 'at-depth' portion of the dive (e.g. Fig. 2i; hypothesized to be prospecting dives by Baumgartner & Mate 2003), many dives had similar characteristics to

deep feeding dives (i.e. rapid descent, long durations within a narrow depth stratum, and rapid ascent) with the 'at-depth' portion of the dive spent near the sea floor where there were elevated concentrations of *C. finmarchicus* (Fig. 4b).

In contrast, right whale diving and foraging behavior in the Bay of Fundy was considerably less variable than in the Great South Channel (Fig. 3c). Right whales consistently dove to mid-water layers of *C.*

172                    Mar Ecol Prog Ser 581: 165–181, 2017



Fig. 4. (a) Percentage of time spent by North Atlantic right whales *Eubalaena glacialis* in various depth strata. There is 1 vertical bar for each tagged whale, and bars are ordered within each region for clarity by the percentage of time spent in the upper 15 m. Letters above the plots indicate observations of feeding (F), prospecting (V-shaped) dives (V), and traveling (T). (b) Average vertical distribution of *Calanus finmarchicus* measured in proximity to each tagged whale. Site abbreviations as in Fig. 3. Letters above plots as (a). Letters at bottom of plot indicate tagging events shown in Figs. 2 & 5

*finmarchicus* in the Bay of Fundy; on average, the at-depth portion of the dives in the Bay of Fundy occurred at 117.1 ± 22.9 m (n = 26, Table 2) and lasted 7.2 ± 3.5 min (n = 26, Table 2). In the Great South Channel, the at-depth portion of dives occurred at an average 19.7 ± 21.4 m (n = 22, Table 2) and lasted only 1.5 ± 1.7 min (n = 22, Table 2; note that this average depth is misleading, since dive depths were positively skewed in the Great South Channel; Figs. 3a & 4a). As reported by Baumgartner & Mate (2003), dives in the Bay of Fundy were to the top of the bottom mixed layer where layers of *C. finmarchicus* were consistently observed. Four of the 26 whales tagged in the Bay of Fundy (15%) dove to within 10 m of the sea floor during the period they were tagged (Fig. 4), spending an average of 4% of their total time in this depth stratum (range = 0.5–13%). Most of these dives were V-shaped.

The 2 right whales tagged in Cape Cod Bay during March 2006 spent time at both the surface and the bottom (Fig. 4a; e.g. Fig. 2a); the middle of the water column was used only for transiting between the surface and bottom. The at-depth portion of dives occurred at an average of 18.1 ± 16.7 m and lasted 1.9 ± 1.4 min (Table 2). OPC-derived *C. finmarchicus* abundance was extremely low throughout the water column (Figs. 3e & 4b; e.g. Fig. 2a). The single right whale tagged near Stellwagen Bank during August 2005 dove repeatedly to the base of the pycnocline where the subsurface chlorophyll maximum and a layer of *C. finmarchicus* (average maximum abundance of 5670 copepods m$^{-3}$) co-occurred; the at-depth portion of this whale's dives occurred at an average 19.5 m and lasted 6.8 min (Table 2). Like the whales tagged in the Bay of Fundy, the 2 right whales tagged in Roseway Basin during August 2001 dove to layers of *C. finmarchicus* located at mid-depth; at-depth portions of these 2 whales' dives occurred at an average 102.5 ± 2.3 m and lasted 3.9 ± 2.3 min (Table 2). Finally, the 2 right whales tagged near Jeffreys Ledge during December 2006 dove repeatedly to near the sea floor to forage on layers of *C. finmarchicus* concentrated there (e.g. Fig. 2g; OPC: 16 560 ± 1900 copepods m$^{-3}$). These 2 whales spent the most time of any of the tagged whales within 15 m of the sea floor (62 ± 8.4%). The at-depth portions of

Table 2. Characteristics of North Atlantic right whale *Eubalaena glacialis* dives by region, including average dive duration and average duration and depth during the at-depth portion of dives (i.e. excluding descent and ascent periods). Standard deviations are shown in parentheses. Dive statistics of all dives (not just feeding dives) were first averaged for each tagged whale; the reported values are grand averages of these individual averages

| Region | n | Duration (min) | Duration at depth (min) | Depth (m) |
|---|---|---|---|---|
| Cape Cod Bay | 2 | 3.4 (2.1) | 1.9 (1.4) | 18.1 (16.7) |
| Great South Channel (GSC)[a] | 22 | 2.7 (2.2) | 1.5 (1.7) | 19.7 (21.4) |
| Stellwagen Bank | 1 | 7.7 | 6.8 | 19.5 |
| Bay of Fundy (BOF)[b] | 26 | 10.9 (2.7) | 7.2 (3.5) | 117.1 (22.9) |
| Roseway Basin (RB)[b] | 2 | 8.0 (1.0) | 3.9 (2.3) | 102.5 (2.3) |
| Jeffreys Ledge | 2 | 13.4 (2.8) | 10.3 (2.8) | 125.5 (5.9) |

[a]Distributions of dive characteristics in GSC are positively skewed, with some whales undertaking short shallow dives and others conducting longer deeper dives (see Fig. 4a)
[b]Baumgartner & Mate (2003; their Table 1) reported statistics of only feeding dives for whales tagged in the BOF and RB

these 2 whales' dives occurred at an average 125.5 ± 5.9 m and lasted 10.3 ± 2.8 min (Table 2).

For the vast majority of cases when right whales exhibited feeding behavior and copepod data were available (n = 45), there was a strong correlation between dive depth and the depth of maximum *C. finmarchicus* concentration (Fig. 5a; r$^2$ = 0.7073, p < 0.0001). Variability in this relationship was caused by several cases (indicated by red filled circles in Fig. 5a) when 2 distinct layers of *C. finmarchicus* were present in the water column (e.g. Fig. 5c,d). In all but one of these cases, the abundance of *C. finmarchicus* was nearly the same or greater in the shallower layer than in the deeper layer (Fig. 5b), and the tagged right whales foraged at shallow depths (e.g. Fig. 5c). In the one case when *C. finmarchicus* abundance was greater in the deeper layer than the shallower layer, the tagged right whale actually moved between the 2 layers during the period it was tagged (Fig. 5d). When the 2-layer cases with depths of maximum copepod abundance greater than 50 m are excluded (the 4 cases above the 1:1 line in Fig. 5b), the correlation between dive depths and the depth of maximum copepod abundance increases substantially (r$^2$ = 0.9370, p < 0.0001) and the linear regression is 1-to-1 (Fig. 5a, dashed line).

For all right whales that exhibited feeding behavior (n = 47), the amount of time they spent at depth during each dive was strongly correlated with dive depth (r$^2$ = 0.7939, p < 0.0001; Fig. 6a). The slope of this relationship forced through the origin (the intercept of a simple linear regression was not significantly different from 0; p = 0.0589) was 0.0704 min

Mar Ecol Prog Ser 581: 165–181, 2017



Fig. 5. (a) Average North Atlantic right whale *Eubalaena glacialis* dive depth versus the average depth of maximum copepod abundance. Color of filled circles indicates whether 2 distinct layers of *Calanus finmarchicus* were present (red) or absent (black). One-to-one line (gray) and linear regression line (dashed) are shown. Regression line excludes four 2-layer cases when the depth of maximum copepod abundance was greater than 50 m. Time series of circled 2-layer cases (in a and b) are shown in (c) and (d). (b) Average copepod abundance in deep versus shallow layers for all 2-layer cases. (c,d) Time series of dive data and collocated vertical distribution of *C. finmarchicus* in the same format as Fig. 2 shown for whales tagged in the Great South Channel on (c) 16 May 2010 and (d) 14 May 2007

$m^{-1}$, which corresponds to $F_d = 59.6\%$ according to Eq. (5). Total time at depth (calculated $F_d$) was not correlated with dive depth ($r^2 = 0.0130$, p = 0.4461; Fig. 6b), and averaged $51.3 \pm 12.9\%$. The slight discrepancy between $F_d$ estimated from the slope in Fig. 6a and the $F_d$ estimated from the data in Fig. 6b is attributable to deviations from the ideal diving/foraging behavior represented by the model (e.g. Figs. 2a,i & 5d), as well as potential biases in $\alpha$ and $r$.

Despite spending roughly the same total amount of time at depth while foraging at shallow or deep depths, the frequency of diving (dives $h^{-1}$) changed significantly with foraging depth (Fig. 6c). According to the theoretical diving model (Eqs. 1 to 4), whales diving to shallow depths can achieve the same total

time at depth (the same $F_d$) as whales diving to deep depths by increasing the frequency of their dives ($n$) to account for shorter commuting times (see contour lines and inset in Fig. 6c). Right whales appear to dive in accordance with the theoretical model, increasing the frequency of their dives as they forage at shallower depths to achieve roughly the same $F_d$ as when foraging at deeper depths. However, if right whales employed similar dive durations and diving frequencies when foraging at shallow depths as they do when foraging at deep depths (i.e. long dive durations and only a few dives $h^{-1}$), they could actually increase their total time at depth (increased $F_d$). Our observations show that right whales clearly do not adopt this strategy (Fig. 6c), which suggests that they



Fig. 6. (a) Average duration at depth for North Atlantic right whale *Eubalaena glacialis* dives versus average dive depth (n = 47). Linear regression forced through the origin is shown (dashed). (b) Total time at depth versus dive depth. (c) Number of dives h⁻¹ versus dive depth (filled circles). Contour lines indicate theoretical fraction of time at depth ($F_d$) according to Eq. (4), expressed as a percentage. Inset shows theoretical dive behavior for $F_d = 0.60$ and dive depths of 20 and 150 m. (d) Theoretical relationship between total time at depth ($F_d$ expressed as a percentage) and the number of dives (n) h⁻¹ according to Eq. (4) for repeated dives to 5, 25, 50, 100, 150, and 200 m

do not maximize their time at depth, but instead optimize it based on factors not captured in the theoretical model (see 'Discussion' below).

The tagged whales spent on average 49 ± 28% (range = 16–99%, n = 55) of their time in the upper 10 m of the water column, which is within the draft of large commercial ships (e.g. tankers, container ships, bulk carriers; Rodrigue et al. 2017). Whales tagged in the spring spent an average 72 ± 25% (range = 23–99%, n = 22) of their time in the upper 10 m of the water column. Of all the tagged whales, 15 of 55 (27%) dove to within 5 m of the sea floor, and those 15 animals spent an average of 10 ± 12% (range = 0.1–45%) of their time within 5 m of the sea floor. Right whales dove near the sea floor in every habitat studied except the Stellwagen Bank region (where only 1 whale was tagged).

## DISCUSSION

### Diving behavior and copepod life history

While feeding, right whale diving behavior is governed by the vertical distribution of their prey. *Calanus finmarchicus* change their vertical distribution predictably throughout the year, and therefore right whale foraging behavior is, for the most part, also seasonally predictable. During mid- and late spring, the primarily herbivorous *C. finmarchicus* are actively feeding, growing, and reproducing in the euphotic zone (upper water column) where phytoplankton abundance is high (Durbin et al. 1995). Consequently, right whales were often observed feeding on *C. finmarchicus* near the surface during this time in the Great South Channel (e.g. Fig. 2c). During this

same time, however, *C. finmarchicus* can undergo
diel vertical migration (DVM), a strategy to avoid
visual predators during the daytime by migrating to
depth (i.e. to the dark refuge below the euphotic
zone) before dawn, and migrating back into the sur-
face layers at dusk to feed on phytoplankton (Baum-
gartner et al. 2011 and references therein). In addi-
tion to near-surface feeding, we observed right
whales feeding at depth during the spring in the
Great South Channel (Figs. 3a & 4). Baumgartner et
al. (2011) observed a range of *C. finmarchicus* verti-
cal migration behaviors in the Great South Channel,
including strong DVM (all copepods occur at depth
during the day and in the surface waters at night),
weak DVM (only a portion of the copepod population
migrates between the surface waters and depth), and
no DVM (copepods remain in surface waters night
and day), and they hypothesized based on patterns of
occurrence that right whales were able to easily track
these vertical migration behaviors to feed on *C. fin-
marchicus* throughout the water column during day
or night. Our observations were collected only during
the day, but they support the notion that right whales
can feed on *C. finmarchicus* from surface to bottom
over the continental shelf.

During summer, *C. finmarchicus* in the last juve-
nile stage arrest development, initiate an ontogenetic
vertical migration to depth and enter a dormant state
called diapause (Marshall & Orr 1955, Miller et al.
1991, Hirche 1996). *C. finmarchicus* remain at depth
in diapause until early to mid-winter, surviving this
long period of starvation by catabolizing the large
lipid reserves built up for this purpose during spring
(it is these same abundant lipid reserves that make *C.
finmarchicus* so attractive to right whales). We ob-
served right whales feeding at depth during the sum-
mer (Bay of Fundy, Roseway Basin; Figs. 2e, 3c, & 4)
and late fall (Jeffreys Ledge; Figs. 2g, 3e, & 4) on dis-
crete layers of copepods. Baumgartner et al. (2003b)
found that the copepods upon which the tagged right
whales fed at depth in the Bay of Fundy did not ver-
tically migrate, suggesting that they were indeed in
diapause. While summertime diapause is a general
rule for *C. finmarchicus* in the Gulf of Maine and
Scotian Shelf, there are sometimes exceptions. For
example, we observed a right whale feeding on *C.
finmarchicus* at the base of the thermocline in the
subsurface chlorophyll maximum near Stellwagen
Bank during August (Figs. 3e & 4); these copepods
were clearly not in diapause at that time. Neritic
populations of *C. finmarchicus* can take advantage of
post-spring-bloom productivity over the continental
shelf to extend development and reproduction

(Durbin et al. 2000, McLaren et al. 2001), so *C. fin-
marchicus* can sometimes be available to right
whales in surface waters during the summer and fall;
however, the bulk of the population is in diapause at
depth, so near surface feeding on *C. finmarchicus*
during these seasons is uncommon.

Between early and mid-winter, *C. finmarchicus*
emerge from diapause, molt into adults, and begin to
reproduce (Miller et al. 1991). This first generation of
the year develops slowly because of the cold water
temperatures of winter, and does not attain a size that
is catchable by right whale baleen until mid-spring
(Mayo et al. 2001). Therefore, *C. finmarchicus* are
unavailable to right whales during mid-winter to
mid-spring, and they feed on other smaller and less
nutritious species at this time (e.g. *Pseudocalanus*
spp., *Centropages typicus*; Mayo & Marx 1990). We
observed right whales in Cape Cod Bay during mid-
March conducting feeding dives to the sea floor
where we could detect no *C. finmarchicus* with the
OPC (Figs. 2a, 3e, & 4); these whales were likely feed-
ing on other copepods at the time (unfortunately, the
VPR malfunctioned during these tagging events, so
no other copepods were detectable). Right whales in
Cape Cod Bay typically switch from smaller copepods
to *C. finmarchicus* in April when *C. finmarchicus* en-
ter the bay with a body size that is filterable by right
whale baleen (Mayo & Marx 1990, Mayo et al. 2001).

### Diving and foraging behavior

Right whales were observed to feed on highly
aggregated layers of *C. finmarchicus* in nearly all
parts of the water column between the surface and
the sea floor, including at the surface, in the upper
15 m, at the base of the thermocline, at the top of the
bottom mixed layer (Baumgartner & Mate 2003),
near the sea floor (<15 m altitude), and within a few
meters of the sea floor. Moreover, right whales vis-
ited the sea floor in every habitat studied except near
Stellwagen Bank (where only 1 right whale was
tagged), either to feed (e.g. Fig. 2a,g) or during an
exploratory V-shaped dive (e.g. Fig. 2i). Because the
sample sizes in Cape Cod Bay, Roseway Basin, and
Jeffreys Ledge were very low, our observations of
near-bottom diving in these habitats suggest that this
is a common right whale behavior throughout their
range. Even in habitats where surface skim feeding
is often observed (Cape Cod Bay: Watkins & Schevill
1976, Mayo & Marx 1990, Parks et al. 2012; Great
South Channel: Wishner et al. 1988, 1995, Kenney et
al. 1995, Beardsley et al. 1996) or where right whales

are known to feed at mid-water (Bay of Fundy and Roseway Basin: Baumgartner & Mate 2003), right whales visit the sea floor to either feed or presumably search for food (Fig. 4).

When feeding, right whales adhere to a simple model of diving that optimizes their time in the narrow stratum of maximum copepod abundance in the water column. Whales foraging at shallow depths dove much more frequently than whales foraging at deep depths, apparently in an effort to achieve a constant total time at depth (i.e. total feeding time) regardless of foraging depth. However, right whales foraging at shallow depths can actually spend more time at depth if they employ dive durations and dive frequencies similar to those used while foraging at deep depths. Why would a whale foraging at 5 m depth choose to limit its feeding time by conducting 20−40 short dives h$^{-1}$ instead of maximizing its feeding time by conducting only a few long dives (like a whale foraging at 150 m)? Our observations indicate that right whales are clearly physiologically capable of both strategies. The theoretical model suggests that when foraging at 5 m, the total time spent at depth decreases by only a few percent when the frequency of dives increases from a few dives to 40 dives h$^{-1}$ (Fig. 6d), whereas when foraging at 150 m, total time at depth decreases dramatically as dive frequency increases. Therefore, very little feeding time is actually lost when diving more frequently at shallower foraging depths. At the cost of a modest reduction in foraging time (Fig. 6d), right whales choose to dive more frequently for shorter periods of time when foraging on shallow aggregations of copepods. We suggest that they do this so that they can breathe more frequently and avoid the physiological stress of long-duration breath holding.

We did not observe resting behavior in any of the tagged right whales, likely because our tagging durations were short, but so-called 'logging' behavior (slow or no movement at the surface for periods of minutes to tens of minutes) is often observed in right whales. The tagged whales' dives were very likely within their aerobic dive limit, since surface times (measured as PCST) did not increase with dive duration or dive depth (see Baumgartner & Mate 2003); such a relationship would be expected if the aerobic dive limit is exceeded and the resulting oxygen debt incurred during anaerobic metabolism must be repaid during longer surfacings (Kooyman et al. 1980, 1983). Despite diving within their aerobic dive limit, it is conceivable that some period of rest at the surface is required after long periods (i.e. hours) of foraging on deep aggregations of copepods. Con-

versely, the higher dive (and surfacing/respiration) frequency observed for right whales feeding on shallow aggregations of copepods may allow continuous feeding without the need for rest. If this were true, continuous feeding may compensate for the modest reduction in foraging time associated with high dive frequency during shallow feeding; therefore, over longer time scales (tens of hours), this shallow-feeding behavior might allow the same or perhaps even more foraging time than deep-feeding behavior with low dive frequencies and occasional periods of rest. When 2 layers of copepods were available in the water column (Fig. 5), right whales chose to feed on the shallower layer (this choice assumes the whales were aware of both layers). The case shown in Fig. 5d illustrates both an awareness of the 2 layers (the whale visits both layers) and the choice to feed on the shallow layer despite the average maximum copepod abundance of the deep layer being over 6 times that of the shallow layer (Fig. 5b). While anecdotal (this is the only case where abundance in the deep layer was significantly higher than the shallow layer), this case suggests that right whales may prefer feeding at shallow depths whenever possible. We hypothesize that shallow feeding with high dive frequency (1) allows more frequent respiration, and (2) permits continuous feeding without the need for rest, which may ultimately increase foraging time. It is important to keep in mind, however, that shallow feeding on *C. finmarchicus* is usually only possible during spring; during summer, fall, and early winter, right whales feed on diapausing *C. finmarchicus* at mid-depth or near the sea floor, and by mid-winter, *C. finmarchicus* are unavailable to right whales (see 'Diving behavior and copepod life history' above).

### Threats and management implications

Although the North Atlantic right whale population grew during the 2000s, the population size of fewer than 500 animals is still alarmingly low, and a combination of stressors could easily push the species to extinction (Kraus et al. 2016, Pace et al. 2017). In addition to anthropogenic threats, climate change is particularly worrisome for right whales because of their reliance on very few prey species. Environmental and ecosystem changes may displace *C. finmarchicus* from the Gulf of Maine and Scotian Shelf (Reygondeau & Beaugrand 2011) or fundamentally change its survivability in this region owing to significant changes in temperature-controlled diapause duration (Pierson et al. 2013, Wilson et al. 2016), but

the highly specialized zooplanktivorous right whales do not have the luxury of switching to new prey species in these habitats. Right whales are dependent on the lipid-rich calanoid copepods of the Calanidae family (i.e. *C. finmarchicus*, *C. glacialis*, *C. hyperboreus*) and likely cannot survive year-round on the other smaller, less numerous, and lipid-deplete copepods of the North Atlantic (e.g. *Pseudocalanus* spp., *Centropages* spp., *Acartia* spp., *Metridia* spp.). Our foraging ecology observations presented here highlight this dependence. Even if *C. finmarchicus* remained abundant in the Gulf of Maine and Scotian Shelf, climate-induced changes in water column structure or *C. finmarchicus* behavior may disrupt the vertically compressed aggregations of copepods that right whales depend upon to feed.

In the face of these environmental changes, it is all the more critical to reduce human-caused mortality and serious injury in right whales. The present study indicates that industrial activities or conservation measures predicated on right whales avoiding a particular part of the water column are dangerous; right whales use the entire water column from surface to sea floor. While right whales are always at risk of ship strikes because they must spend time at the surface to breathe, right whales in springtime habitats are particularly vulnerable to ship strikes because they spend the vast majority of their time in the upper 10 m of the water column (i.e. within the draft of large commercial ships) (Parks et al. 2012, this study). Despite the regular occurrence of right whales in the western Gulf of Maine during the spring (e.g. Kenney et al. 1995, Mussoline et al. 2012), in all months but April less than 50 % of the length of the shipping lanes approaching Boston, Massachusetts, are subject to seasonal management area (SMA) rules that require vessels 19.8 m (65 feet) and over to travel no faster than 10 knots (Fig. 7). These speed restriction rules were implemented expressly to reduce right whale ship strikes (National Marine Fisheries Service 2008), but they are based on a static model of right whale distribution that assumes right whales reside in Cape Cod Bay during January, February, and March, transition to the Great South Channel during March and April, and then reside in the Great South Channel during May, June, and July. While that may be true on average, individual whales are highly mobile and likely do not remain within SMA boundaries at all times. Of 16 right whales outfitted with satellite tags during 1989–1991 and 2000 in the Bay of Fundy, a summertime habitat, half spent significant time (>50 % of satellite locations) outside of this habitat, and the area immediately adjacent to this habitat was heavily trafficked by the whales (Baumgartner & Mate 2005). There is no reason to think that right whales do not also travel through and possibly feed in the areas adjacent to Cape Cod Bay and the Great South Channel during the spring, and in particular between these 2 habitats during April and May. Taking into account their high mobility and the fact that the risk of ship strike is so acute during the spring owing to right whale diving behavior, it seems prudent to expand the current western Gulf of Maine seasonal management areas. In particular, we recommend that the end of the 'Off Race Point' SMA (Fig. 7 in blue) be extended from 1–31 May. Ironically, both Cape Cod Bay and the Great South Channel have SMAs in place during the first 2 wk of May, but the corridor between them does not.

We observed a relatively high incidence of near-sea-floor dives by right whales across habitats (1 in 4 tagged animals visited the sea floor), which is a serious cause for concern with respect to fixed fishing gear practices. Pot and trap gear typically have ground lines that connect multiple pots or traps at the sea floor, and end lines that connect the terminal pots/traps to a surface buoy. In 2009, buoyant ground lines that floated above the sea floor were eliminated by regulation in most US federal waters in the Gulf of Maine, but they remain in use in Maine coastal waters and in all Canadian waters (e.g. Brillant & Trippel 2010) despite evidence of their role in right whale entanglements (Johnson et al. 2005). Our observations suggest that right whales visit the sea floor far more often than previously thought, and that where used, floating ground lines are still a significant entanglement hazard for right whales. Some regulations allow the use of so-called 'neutrally buoyant' ground lines that supposedly hover just centimeters above the sea floor; however, all ground lines have a fixed density (specific gravity) and as such, will only be neutrally buoyant when the surrounding water has exactly the same density as the line. Because water density at the sea floor fluctuates over time and from region to region, 'neutrally buoyant' ground line will nearly always act as either floating or sinking ground line, and in cases where it acts as a floating ground line, it is just as hazardous as actual floating ground line.

Brillant & Trippel (2010) measured floating ground line heights for lobster pot gear set in the lower Bay of Fundy, and concluded that because 92 % of line elevations were at or below 3 m (the nominal body height of a right whale), floating ground lines in this habitat posed a small risk to right whales. Given the upwardly and posteriorly sloped shape of the ante-



rior tip of a right whale's lower jaw, lines suspended only a few tens of centimeters above the sea floor are at risk of getting entangled in a whale's mouth if it is foraging with the flattened ventral side of its lower jaw (chin) in contact with the sea floor (note that a tag on this same whale's back would be 3 m above the sea floor). Lines floating below 3 m height above the sea floor are still a significant threat. Although Baumgartner & Mate (2003) reported right whales foraging in the lower Bay of Fundy on *C. finmarchicus* at the top of the bottom mixed layer well above the sea floor, the tagging data reported by Goodyear (1996) provide evidence of right whales spending significant amounts of time at the sea floor in this same habitat, presumably feeding. Since monitoring began there in the 1980s, there have been hundreds of observations of right whales surfacing with mud on their heads in the lower Bay of Fundy (Mate et al. 1997, S. Kraus pers. comm.), and we even recovered 1 of our tags in this habitat with mud on it. These observations suggest that all floating ground lines pose a hazard to right whales.

The recent decline of right whales and their extremely low population size must be viewed as a crisis that demands immediate action in the US and Canada. Our study strongly suggests that right whales use the entire water column in all habitats, and that efforts to mitigate fishing gear entanglements and ship

Fig. 7. Protections for North Atlantic right whales *Eubalaena glacialis* from January to July in the southwestern Gulf of Maine, including Cape Cod Bay seasonal management area (SMA, red), Off Race Point SMA (blue), Great South Channel SMA (orange), trap/pot closure areas (lines oriented from upper left to lower right), and gillnet closure areas (lines oriented from lower left to upper right); cross-hatched areas indicate simultaneous trap/pot and gillnet closures. Ships ≥19.8 m (65 feet) long must reduce speed to ≤10 knots in SMAs. Shipping lanes approaching Boston, Massachusetts, are shown, and the percentage of the length of the lanes subject to the 10 knot speed restriction (percentage of lanes in a SMA) is reported as 'Lane SMA'

strikes should not assume otherwise. Although ship strikes have been reduced in recent years, additional protections are warranted based on movement patterns and foraging behavior, particularly in Massachusetts waters where ships have killed at least 2 right whales during 2016 and 2017. Mortality and serious injury from entanglements are at a historic high (currently twice the highest historical annual rate of mortality and serious injury from ship strikes), and new and bold approaches, such as reduced breaking strength line and rope-less fishing (Knowlton et al. 2016), are urgently needed. These new mitigation measures should be implemented as soon as possible to significantly reduce human-caused mortality and hopefully return right whales to the path of recovery.

*Acknowledgements*. We are indebted to Bruce Mate for his role in the work published in Baumgartner & Mate (2003). In addition to those acknowledged in Baumgartner & Mate (2003), we acknowledge the following people and organizations for work conducted between 2004 and 2010. We are grateful to the captains and crew of the NOAA ships 'Delaware II' and 'Albatross IV' and the RV 'Tioga' for their assistance, as well as to 2010 chief scientist Lisa Conger. Michael Moore, David Wiley, and Sarah Mussoline provided critical assistance in the field. Significant logistical, equipment, and personnel support was provided by the Northeast Fisheries Science Center, especially Richard Merrick, Peter Corkeron, Sofie Van Parijs, Maureen Taylor, and David Mountain. We are grateful to Peter Corkeron, Sean Hayes, Michael Simpkins, and 2 anonymous reviewers for providing constructive criticism on earlier versions of this paper. Support for this research was provided by the NOAA Right Whale Grants Program, Northeast Consortium, Woods Hole Oceanographic Institution, NOAA Northeast Fisheries Science Center, and the Office of Naval Research. Tagging was conducted under Woods Hole Oceanographic Institution IACUC protocols and federal permits issued to Bruce Mate, NOAA Northeast Fisheries Science Center and M.F.B.

## LITERATURE CITED

Baumgartner MF (2003) Comparisons of *Calanus finmarchicus* fifth copepodite abundance estimates from nets and an optical plankton counter. J Plankton Res 25:855–868

Baumgartner MF, Mate BR (2003) Summertime foraging ecology of North Atlantic right whales. Mar Ecol Prog Ser 264:123–135

Baumgartner MF, Mate BR (2005) Summer and fall habitat of North Atlantic right whales (*Eubalaena glacialis*) inferred from satellite telemetry. Can J Fish Aquat Sci 62: 527–543

Baumgartner MF, Cole TVN, Clapham PJ, Mate BR (2003a) North Atlantic right whale habitat in the lower Bay of Fundy and on the SW Scotian Shelf during 1999–2001. Mar Ecol Prog Ser 264:137–154

Baumgartner MF, Cole TVN, Campbell RG, Teegarden GJ, Durbin EG (2003b) Associations between North Atlantic right whales and their prey, *Calanus finmarchicus*, over diel and tidal time scales. Mar Ecol Prog Ser 264:155–166

Baumgartner MF, Mayo CA, Kenney RD (2007) Enormous carnivores, microscopic food, and a restaurant that's hard to find. In: Kraus SD, Rolland RM (eds) The urban whale: North Atlantic right whales at the crossroads. Harvard University Press, Cambridge, MA, p 138–171

Baumgartner MF, Freitag L, Partan J, Ball K, Prada K (2008) Tracking large marine predators in three dimensions: the real-time acoustic tracking system. IEEE J Oceanic Eng 33:146–157

Baumgartner MF, Lysiak NSJ, Schuman C, Urban-Rich J, Wenzel FW (2011) Diel vertical migration of *Calanus finmarchicus* and its influence on right and sei whale occurrence. Mar Ecol Prog Ser 423:167–184

Beardsley RC, Epstein AW, Chen C, Wishner KF, Macaulay MC, Kenney RD (1996) Spatial variability in zooplankton abundance near feeding right whales in the Great South Channel. Deep Sea Res II 43:1601–1625

Brillant SW, Trippel EA (2010) Elevations of lobster fishery groundlines in relation to their potential to entangle endangered North Atlantic right whales in the Bay of Fundy, Canada. ICES J Mar Sci 67:355–364

Collett R (1909) A few notes on the whale *Balaena glacialis* and its capture in recent years in the North Atlantic by Norwegian whalers. Proc Zool Soc Lond 7:91–98

Davis CS, Gallager SM, Berman MS, Haury LR, Strickler JR (1992) The video plankton recorder (VPR): design and initial results. Arch Hydrobiol Beih Ergeb Limnol 36: 67–81

Davis CS, Gallager SM, Marra M, Stewart WK (1996) Rapid visualization of plankton abundance and taxonomic composition using the video plankton recorder. Deep Sea Res II 43:1947–1970

Dolphin WF (1987) Dive behavior and estimated energy expenditure of foraging humpback whales in southeast Alaska. Can J Zool 65:354–362

Durbin EG, Gilman SL, Campbell RG, Durbin AG (1995) Abundance, biomass, vertical migration and estimated development rate of the copepod *Calanus finmarchicus* in the southern Gulf of Maine during late spring. Cont Shelf Res 15:571–591

Durbin EG, Garrahan P, Casas M (2000) Abundance and distribution of *Calanus finmarchicus* on the Georges Bank during 1995 and 1996. ICES J Mar Sci 57: 1664–1685

Goodyear JD (1996) Significance of feeding habitats of North Atlantic right whales based on studies of diel behavior, diving, food ingestion rates, and prey. PhD dissertation, University of Guelph

Hayes SA, Josephson E, Maze-Foley K, Rosel PE (2017) U.S. Atlantic and Gulf of Mexico Marine Mammal Stock Assessments – 2016. NOAA Tech Memo NMFS-NE-241. NOAA, NMFS, Woods Hole, MA

Herman AW (1988) Simultaneous measurement of zooplankton and light attenuation with a new optical plankton counter. Cont Shelf Res 8:205–221

Herman AW (1992) Design and calibration of a new optical plankton counter capable of sizing small zooplankton. Deep-Sea Res 39:395–415

Hirche HJ (1996) Diapause in the marine copepod, *Calanus finmarchicus*—a review. Ophelia 44:129–143

Johnson A, Salvador G, Kenney J, Robbins J, Kraus S, Landry S, Clapham P (2005) Fishing gear involved in entanglements of right and humpback whales. Mar Mamm Sci 21:635–645

Kenney RD, Winn HE, Macaulay MC (1995) Cetaceans in the Great South Channel, 1979-1989: right whale (*Eubalaena glacialis*). Cont Shelf Res 15:385–414

Knowlton AR, Hamilton PK, Marx MK, Pettis HM, Kraus SD (2012) Monitoring North Atlantic right whale *Eubalaena glacialis* entanglement rates: a 30 yr retrospective. Mar Ecol Prog Ser 466:293–302

Knowlton AR, Robbins J, Landry S, McKenna HA, Kraus SD, Werner TB (2016) Effects of fishing rope strength on the severity of large whale entanglements. Conserv Biol 30: 318–328

Kooyman GL, Wahrenbrock EA, Castellini MA, Davis RW, Sinnett EE (1980) Aerobic and anaerobic metabolism during voluntary diving in Weddell seals: evidence of preferred pathways from blood chemistry and behavior. J Comp Physiol B 138:335–346

Kooyman GL, Castellini MA, Davis RW, Maue RA (1983) Aerobic diving limits of immature Weddell seals. J Comp Physiol B 151:171–174

Kraus SD, Kenney RD, Mayo CA, McLellan WA, Moore MJ, Nowacek DP (2016) Recent scientific publications cast doubt on North Atlantic right whale future. Front Mar Sci 3:137

Laist DW, Knowlton AR, Pendleton D (2014) Effectiveness of mandatory vessel speed limits for protecting North Atlantic right whales. Endang Species Res 23:133–147

Marshall SM, Orr AP (1955) The biology of a marine copepod *Calanus finmarchicus* (Gunnerus). Oliver and Boyd, Edinburgh

Mate BR, Nieukirk SL, Kraus SD (1997) Satellite-monitored movements of the northern right whale. J Wildl Manage 61:1393–1405

Mayo CA, Marx MK (1990) Surface foraging behavior of the North Atlantic right whale, *Eubalaena glacialis*, and associated zooplankton characteristics. Can J Zool 68: 2214–2220

Mayo CA, Letcher BH, Scott S (2001) Zooplankton filtering efficiency of the baleen of a North Atlantic right whale, *Eubalaena glacialis*. J Cetacean Res Manag (Spec Issue) 2:225–229

McLaren IA, Head E, Sameoto DD (2001) Life cycles and seasonal distributions of *Calanus finmarchicus* on the central Scotian Shelf. Can J Fish Aquat Sci 58:659–670

Miller CB, Cowles TJ, Wiebe PH, Copley NJ, Grigg H (1991) Phenology in *Calanus finmarchicus*; hypotheses about control mechanisms. Mar Ecol Prog Ser 72:79–91

Murison LD, Gaskin DE (1989) The distribution of right whales and zooplankton in the Bay of Fundy, Canada. Can J Zool 67:1411–1420

Mussoline SE, Risch D, Hatch LT, Weinrich MT and others (2012) Seasonal and diel variation in North Atlantic right whale up-calls: implications for management and conservation in the northwestern Atlantic Ocean. Endang Species Res 17:17–26

National Marine Fisheries Service (2008) Final rule to implement speed restrictions to reduce the threat of ship collisions with North Atlantic right whales, rule 50 CFR Part 224. Fed Regist 73:60173–60191

Nowacek DP, Johnson MP, Tyack PL, Shorter KA, McLellan WA, Pabst DA (2001) Buoyant balaenids: the ups and downs of buoyancy in right whales. Proc Biol Sci 268: 1811–1816

Pace RM III, Cole TVN, Henry AG (2014) Incremental fishing gear modifications fail to significantly reduce large whale serious injury rates. Endang Species Res 26:115–126

Pace RM III, Corkeron PJ, Kraus SD (2017) State-space mark-recapture estimates reveal a recent decline in abundance of North Atlantic right whales. Ecol Evol, doi 10.1002/ece3.3406

Parks SE, Warren JD, Stamieszkin K, Mayo CA, Wiley D (2012) Dangerous dining: surface foraging of North Atlantic right whales increases risk of vessel collisions. Biol Lett 8:57–60

Pierson JJ, Batchelder H, Saumweber W, Leising A, Runge J (2013) The impact of increasing temperatures on dormancy duration in *Calanus finmarchicus*. J Plankton Res 35:504–512

Reygondeau G, Beaugrand G (2011) Future climate-driven shifts in distribution of *Calanus finmarchicus*. Glob Change Biol 17:756–766

Rodrigue JP, Comtois C, Slack B (2017) The geography of transport systems, 4th edn. Routledge, London

Tucker MA, Rogers TL (2014) Examining predator–prey body size, trophic level and body mass across marine and terrestrial mammals. Proc Biol Sci 281:20142103

van der Hoop JM, Moore MJ, Barco SG, Cole TVN and others (2013) Assessment of management to mitigate anthropogenic effects on large whales. Conserv Biol 27:121–133

van der Hoop JM, Vanderlaan ASM, Cole TVN, Henry AG and others (2015) Vessel strikes to large whales before and after the 2008 ship strike rule. Conserv Lett 8:24–32

Watkins WA, Schevill WE (1976) Right whale feeding and baleen rattle. J Mammal 57:58–66

Wilson RJ, Banas NS, Heath MR, Speirs DC (2016) Projected impacts of 21st century climate change on diapause in *Calanus finmarchicus*. Glob Change Biol 22:3332–3340

Winn HE, Goodyear JD, Kenney RD, Petricig RO (1995) Dive patterns of tagged right whales in the Great South Channel. Cont Shelf Res 15:593–611

Wishner KF, Durbin E, Durbin A, Macaulay M, Winn H, Kenney R (1988) Copepod patches and right whales in the Great South Channel off New England. Bull Mar Sci 43:825–844

Wishner KF, Schoenherr JR, Beardsley R, Chen C (1995) Abundance, distribution and population structure of the copepod *Calanus finmarchicus* in a springtime right whale feeding area in the southwestern Gulf of Maine. Cont Shelf Res 15:475–507

Editorial responsibility: Elliott Hazen, Pacific Grove, California, USA

Submitted: February 10, 2107; Accepted: August 22, 2017
Proofs received from author(s): September 28, 2017