UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>　Plaintiff,<br><br>　v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce, *et al.*,<br><br>　Defendants,<br><br>　and<br><br>FISHERIES SURVIVAL FUND,<br><br>　Defendant-Intervenor. | Civil Action No. 18-1087 (JEB) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby ORDERS that:

1. Plaintiff's Motion for Summary Judgment is GRANTED;

2. Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment are DENIED;

3. Defendants are ENJOINED from allowing gillnet fishing within the two areas formerly known as the Nantucket Lightship Groundfish Closure Area and the Closed Area 1 Groundfish Closure Area until they have fully complied with the Endangered Species Act and the Magnuson-Stevens Fishery Conservation and Management Act; and

1

    4.    Judgment is ENTERED in favor of Plaintiff.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  October 28, 2019